# Exhibit "1"

# Evan Gibson

| | |
|---|---|
| **From:** | Christine T. Greenwood |
| **Sent:** | Tuesday, February 28, 2017 3:17 PM |
| **To:** | marketing@ghostbed.com |
| **Cc:** | James E. Magleby; Adam Alba |
| **Subject:** | Purple Innovations v. Honest Mattress Reviews, Case No. 2:17-CV-00138 (U.S. District Court, District of Utah) |
| **Attachments:** | 2-28-17 Letter J. Magleby to Ghost and Honest re TRO -- Purple v. Honest....pdf; 2-28-17 [Dkt 11] Supplemental TRO Memo -- Purple Innovation v. Honest Re....pdf |

**Attention:  Ryan Monahan**

Dear Mr. Monahan,

Attached for your reference is a letter sent to you earlier today, by mail and Federal Express, to the address for Honest Mattress Reviews in Boca Raton, Florida, and by email to hello@honestmattressreviews.com. Among other things, the letter contains a link to an .ftp site where the filed documents referenced in the letter may be accessed.

Also enclosed is a copy of the Supplemental Memorandum in Support of Motion for Temporary Restraining Order, which was filed in the above-named matter today.

Best Regards,

Christine T. Greenwood

**MCG** | Magleby Cataxinos Greenwood

170 South Main Street, Suite 1100
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011
greenwood@mcgiplaw.com
www.mcgiplaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.  This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.