James E. Magleby (7247)
  magleby@mcgiplaw.com
Christine T. Greenwood (8187)
  greenwood@mcgiplaw.com
Adam Alba (13128)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovations, LLC

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURPLE INNOVATIONS, LLC, A Delaware limited liability company,**<br><br>        **Plaintiff,**<br>**v.**<br><br>**HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, a Delaware corporation,**<br><br>        **Defendants.** | **MOTION FOR EXPEDITED HEARING SETTING ON MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br><br><br><br><br>**Case No.:  2:17-cv-00138-DB**<br><br>**Honorable Dee Benson** |

Plaintiff Purple Innovations, LLC ("Plaintiff" or "Purple"), by and through its

counsel of record MAGLEBY CATAXINOS & GREENWOOD ("MCG"), respectfully moves the

Court for an expedited hearing on its Motion for Temporary Restraining Order (the "TRO

Motion").  [Doc. No. 8].

**INTRODUCTION**

By this motion, Plaintiff requests the Court set a date and time for a hearing on the TRO Motion and issue a directive to Purple to provide notice to the Defendants of the hearing date and time, by all reasonable means.  Purple requests the Court hold the hearing as scheduled, or the soonest possible time thereafter, upon submission by Purple to the Court of satisfactory evidence that one or more of the Defendants have notice of the hearing.

**STATUS OF SERVICE UPON AND NOTICE TO DEFENDANTS**

Since filing the TRO Motion on Monday, February 27, 2017, Purple has made numerous attempts to serve and otherwise provide notice of these proceedings, including the TRO Motion, to Defendants Honest Mattress Reviews, LLC ("HMR"), Ryan Monahan ("Monahan"), and GhostBed, Inc. ("GhostBed").

These efforts have been detailed in the two declarations submitted in this matter by James E. Magleby, counsel for Purple.  [Doc. Nos. 11-2, 12].

Since those declarations were submitted, numerous additional – and successful - efforts have been made to provide notice.   These efforts are detailed in the contemporaneously filed third declaration of James E. Magleby, which is also attached hereto as Exhibit "1."

In addition, it is clear that Defendants are now avoiding service, as also detailed in the third declaration, and including the following:

(i)      An attempt to serve GhostBed at its headquarters in Florida during

business hours on February 28, 2017, where a person identified as a

2

"manager" refused to take the papers, left the lobby, and then failed to return; and on March 1, 2017, when the doors were locked and personnel were visible inside the business but refused to come to the door;

(ii)     An attempt to serve Monahan (who is also the registered agent for "HMR") at his personal address in Boca Raton, Florida, on two occasions during the evening of Tuesday, February 28, 2017, where no one would answer the door;

(iii)    An attempt to serve HMR and/or Monahan at its business address during business hours on February 28, 2017 and March 1, 2017, where the doors were locked and personnel were visible inside the business but refused to come to the door.

As also detailed in the third declaration, since sending the letter to Defendants on February 28, 2017, with the address for the FTP site where the filed documents can be located, MCG has received reports indicating that the FTP site has been accessed multiple, additional times on March 1, 2017, all from IP addresses that appear to be located in Florida.  MCG has also received notice that the Federal Express packages sent to Defendants have been delivered and recorded as having been accepted at the business locations of GhostBed and HMR.

As of this writing, GhostBed is the only defendant that has been formally served with process and the additional papers in this case.  GhostBed was served through its registered agent in Wilmington, Delaware.  A return of service will be filed with the Court as soon as it is received.  Despite having been served, no lawyer has entered an

3

appearance on GhostBed's behalf, and no one has contacted MCG on behalf of GhostBed.

## CONCLUSION

Because Purple has made diligent efforts to serve Defendants and notify them of these proceedings, because it appears that some or all of the Defendants now at least have notice of the proceedings but appear to be evading service, and because Purple is suffering irreparable harm, Purple respectfully requests that an expedited hearing be scheduled at the Court's earliest convenience.

DATED this 1st day of March, 2017.

MAGLEBY CATAXINOS & GREENWOOD


/s/ James E. Magleby
James E. Magleby
Christine T. Greenwood
Adam Alba
*Attorneys for Plaintiff Purple Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that pursuant to Rule 5 of the Federal Rules of Civil Procedure, I am attempting to serve a true and correct copy of the foregoing **MOTION FOR EXPEDITED HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** upon the following via electronic mail and U.S. mail this 1st day of March, 2017:

HONEST MATTRESS REVIEWS
  hello@honestmattressreviews.com
  marketing@ghostbed.com
900 North Federal HWY
Suite 220
Boca Rotan, Florida 33432

GHOSTBED
  marc@naturessleep.com
7143 West Broward Blvd.
Plantation, Florida 33317

Ryan Monahan
  hello@honestmattressreviews.com
  marketing@ghostbed.com
10432 Plaza Centro
Boca Raton, Florida  33498

/s/ Janae Kidd

# Exhibit "1"

James E. Magleby (7247)
  magleby@mcgiplaw.com
Christine T. Greenwood (8187)
  greenwood@mcgiplaw.com
Adam Alba (13128)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovations, LLC

---

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURPLE INNOVATIONS, LLC, A Delaware limited liability company,**<br><br>        **Plaintiff,**<br>**v.**<br><br>**HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, a Delaware corporation,**<br><br>        **Defendants.** | **THIRD DECLARATION OF JAMES E. MAGLEBY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br><br><br><br><br>**Case No.:  2:17-cv-00138-DB**<br><br>**Honorable Dee Benson** |

I, James E. Magleby, hereby declare as follows:

1.      I am over 21 years of age and have personal knowledge of the facts set forth in this Declaration.  If asked to testify, I could and would testify as to the matters set forth below.

1.      I am lead counsel of record for Purple Innovations, LLC ("Purple") in the above-captioned case.

2.      On February 24, 2017, Purple filed a complaint in this Court, bringing a number of claims against Defendants.  [*See* Doc. No. 2].

3.      Purple filed its Motion for Temporary Restraining Order ("Motion for TRO"), on February 27, 2017, [*see* Doc. No. 8], and its Supplemental Memorandum in Support of Motion for Temporary Restraining Order on February 28, 2017.  [*See* Doc. No. 11].

4.      As described in my Second Declaration in Support of Motion for Temporary Restraining Order filed on February 28, 2017 ("Second Declaration"), Purple has made numerous efforts to notify defendants of this lawsuit and Purple's requested relief.  [*See* Doc. No. 12].

5.      I submit this Third Declaration in Support of Motion for Temporary Restraining Order to provide the Court with additional information concerning Purple's efforts to give Defendants notice.

6.      As noted in my Second Declaration, Purple sent Defendants a letter with an FTP link from which Defendants can access the relevant papers in this case.  [*See* Doc. No. 12].

7.      I have received notification that the letter was delivered to GhostBed at 10:44 a.m. MST.  [*See* FedEx Notification, attached as Exhibit A].

8.      I have received notification that the letter was delivered to Honest Mattress Reviews at 2:03 p.m. MST.  [*See* FedEx Notification, attached as Exhibit B].

9.      As described in my Second Declaration, an individual in Florida near where the Defendants are located accessed the relevant documents from the FTP site. [*See* Doc. No. 12 at ¶¶ 8-10].

10.      I have received additional notifications today demonstrating that the documents from the FTP site were again downloaded multiple times today, at approximately 10:48 a.m. MST and later in the afternoon.  [*See* March 1, 2017 Email Notifications, collectively attached as Exhibit C].

11.      The information publicly available concerning the IP Address from which the documents were downloaded at 10:48 a.m. suggests that the documents were downloaded by an individual at "Werner Media Partners, LLC dba Nature Sleep" located in Florida, which is a business with or near the same address as Defendant GhostBed. [*See* 3-21-17 IP Search, attached as Exhibit D].

12.      The download of the documents today was not by anyone at our law firm. The FTP link is not publicly available, and there would be no reason or ability for anyone other than one of the recipients of my letter to have access the FTP site.

13.      Additionally, I have been informed that GhostBed was served with a copy of the Complaint and the Motion for TRO today at in Delaware.

14.      I have been informed by the process servers that when the servers attempted service at the business addresses for GhostBed, Inc. and Honest Reviews, LLC, at their Florida locations, the doors were locked, and although people were observed inside, they refused open the doors.  Declarations regarding these service attempts will be filed with the Court as soon as they are available.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of March, 2017.

_____
James E. Magleby

**CERTIFICATE OF SERVICE**

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS &

GREENWOOD, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that

pursuant to Rule 5 of the Federal Rules of Civil Procedure, I am attempting to serve a

true and correct copy of the foregoing **THIRD DECLARATION OF JAMES E.**

**MAGLEBY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

upon the following via electronic mail and U.S. mail this 1st day of March, 2017:

HONEST MATTRESS REVIEWS
  hello@honestmattressreviews.com
  marketing@ghostbed.com
900 North Federal HWY
Suite 220
Boca Rotan, Florida 33432

GHOSTBED
  marc@naturessleep.com
7143 West Broward Blvd.
Plantation, Florida 33317

Ryan Monahan
  hello@honestmattressreviews.com
  marketing@ghostbed.com
10432 Plaza Centro
Boca Raton, Florida  33498

/s/ Zoe Perry

Exhibit "A"



# Your package has been delivered

Tracking # 778535317616

| | | |
|---|---|---|
| **Ship date:**<br>Tue, 2/28/2017 | | **Delivery date:**<br>Wed, 3/1/2017 12:44 pm |
| **James E. Magleby**<br>Magleby Cataxinos &<br>Greenwood<br>Salt Lake City, UT 84101<br>US | <br>Delivered | **Marc L. Werner**<br>GHOSTBED<br>7143 West Broward Blvd.<br>PLANTATION, FL 33317<br>US |

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | <u>778535317616</u> |
| **Status:** | Delivered: 03/01/2017 12:44 PM Signed for By: S.GRJIFFITM |
| **Reference:** | Purple v. Honest |
| **Signed for by:** | S.GRJIFFITM |
| **Delivery location:** | PLANTATION, FL |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx First Overnight |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 3/1/2017 by 8:00 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:47 AM CST on 03/01/2017.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2017 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our **privacy policy**. All rights reserved.

Thank you for your business.

# Exhibit "B"



# Your package has been delivered

## Tracking # 778535849843

| Ship date: | | Delivery date: |
|---|---|---|
| **Tue, 2/28/2017** | | **Wed, 3/1/2017 4:03 pm** |

| Adam Alba | | Ryan Monahan |
|---|---|---|
| Magleby Cataxinos & Greenwood | | Honest Mattress Reviews |
| Salt Lake City, UT 84101 | Delivered | 900 North Federal HWY Suite 220 |
| US | | BOCA RATON, FL 33432 |
| | | US |

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | <u>778535849843</u> |
| **Status:** | Delivered: 03/01/2017 4:03 PM Signed for By: D.BRYAN |
| **Reference:** | Purple v. Honest |
| **Signed for by:** | D.BRYAN |
| **Delivery location:** | BOCA RATON, FL |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx First Overnight |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 3/1/2017 by 8:00 am |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:09 PM CST on 03/01/2017.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2017 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

Exhibit "C"



**ACTIVITY ALERT FOR:**

**Greg Wayment**



**Path Read** (03/01/17 - 12:48 PM | wayment | 199.27.243.194 )

**Path:** /Purple v. Honest Reviews/2-27-17 Proposed Temporary Restraining Order -- Purple Innovation v. Honest Reviews.pdf

help@itnow.net

Questions? Please do not reply to this email; responses are not monitored and will not go to a customer service representative. If you have questions, please use the contact information above.

Copyright © 2017 Magleby Cataxinos & Greenwood. All Rights Reserved.



**ACTIVITY ALERT FOR:**

| Greg Wayment |
| --- |



**Path Read** (03/01/17 - 12:48 PM | wayment | 199.27.243.194 )

**Path:** /Purple v. Honest Reviews/2-24-17 [2] Complaint and Jury Demand -- Purple v. Honest Reviews.pdf

help@itnow.net

Questions? Please do not reply to this email; responses are not monitored and will not go to a customer service representative. If you have questions, please use the contact information above.

Copyright © 2017 Magleby Cataxinos & Greenwood. All Rights Reserved.



**ACTIVITY ALERT FOR:**

Greg Wayment



**Path Read** (03/01/17 - 3:26 PM | wayment | 8.21.129.12 )

**Path:** /Purple v. Honest Reviews/2-27-17 TRO Motion -- Purple Innovations v. Honest Reviews.pdf

help@itnow.net

Questions? Please do not reply to this email; responses are not monitored and will not go to a customer service representative. If you have questions, please use the contact information above.

Copyright © 2017 Magleby Cataxinos & Greenwood. All Rights Reserved.



**ACTIVITY ALERT FOR:**

**Greg Wayment**



**Path Read** (03/01/17 - 3:17 PM | wayment | 8.21.129.12 )

**Path:** /Purple v. Honest Reviews/2-24-17 [2] Complaint and Jury Demand -- Purple v. Honest Reviews.pdf

help@itnow.net

Questions? Please do not reply to this email; responses are not monitored and will not go to a customer service representative. If you have questions, please use the contact information above.

Copyright © 2017 Magleby Cataxinos & Greenwood. All Rights Reserved.



**ACTIVITY ALERT FOR:**

| |
|---|
| **Greg Wayment** |



**Path Read** (03/01/17 - 3:51 PM | wayment | 50.192.138.246 )

**Path:** /Purple v. Honest Reviews/2-24-17 [2] Complaint and Jury Demand -- Purple v. Honest Reviews.pdf

help@itnow.net

Questions? Please do not reply to this email; responses are not monitored and will not go to a customer service representative. If you have questions, please use the contact information above.

Copyright © 2017 Magleby Cataxinos & Greenwood. All Rights Reserved.



**ACTIVITY ALERT FOR:**

| Greg Wayment |
| --- |



**Path Read** (03/01/17 - 3:51 PM | wayment | 50.192.138.246 )

**Path:** /Purple v. Honest Reviews/2-24-17 [2] Complaint and Jury Demand -- Purple v. Honest Reviews.pdf

help@itnow.net

Questions? Please do not reply to this email; responses are not monitored and will not go to a customer service representative. If you have questions, please use the contact information above.

Copyright © 2017 Magleby Cataxinos & Greenwood. All Rights Reserved.



**ACTIVITY ALERT FOR:**

Greg Wayment



**Path Read** (03/01/17 - 3:51 PM | wayment | 50.192.138.246 )

**Path:** /Purple v. Honest Reviews/2-24-17 [2] Complaint and Jury Demand -- Purple v. Honest Reviews.pdf

help@itnow.net

Questions? Please do not reply to this email; responses are not monitored and will not go to a customer service representative. If you have questions, please use the contact information above.

Copyright © 2017 Magleby Cataxinos & Greenwood. All Rights Reserved.



**ACTIVITY ALERT FOR:**

| Greg Wayment |
| --- |



**Path Read** (03/01/17 - 3:51 PM | wayment | 50.192.138.246 )

**Path:** /Purple v. Honest Reviews/2-24-17 [2] Complaint and Jury Demand -- Purple v. Honest Reviews.pdf

help@itnow.net

Questions? Please do not reply to this email; responses are not monitored and will not go to a customer service representative. If you have questions, please use the contact information above.

Copyright © 2017 Magleby Cataxinos & Greenwood. All Rights Reserved.



**ACTIVITY ALERT FOR:**

**Greg Wayment**



**Path Read** (03/01/17 - 3:51 PM | wayment | 50.192.138.246 )

**Path:** /Purple v. Honest Reviews/2-24-17 [2] Complaint and Jury Demand -- Purple v. Honest Reviews.pdf

help@itnow.net

Questions? Please do not reply to this email; responses are not monitored and will not go to a customer service representative. If you have questions, please use the contact information above.

Copyright © 2017 Magleby Cataxinos & Greenwood. All Rights Reserved.

Exhibit "D"

**WHOIS-RWS**

| Network | |
| --- | --- |
| Net Range | 199.27.240.0 - 199.27.247.255 |
| CIDR | 199.27.240.0/21 |
| Name | FPL-FIBERNET-CUSTOMER-4 |
| Handle | NET-199-27-240-0-1 |
| Parent | NET199 (NET-199-0-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | AS33132 |
| Organization | FPL FiberNet, LLC (FPLFI) |
| Registration Date | 2010-09-03 |
| Last Updated | 2012-02-24 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-199-27-240-0-1 |
| See Also | Related POC records. |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

| Network | |
| --- | --- |
| Net Range | 199.27.243.192 - 199.27.243.207 |
| CIDR | 199.27.243.192/28 |
| Name | FPLFI-WERNERMEDI-DIA-118790-1 |
| Handle | NET-199-27-243-192-1 |
| Parent | FPL-FIBERNET-CUSTOMER-4 (NET-199-27-240-0-1) |
| Net Type | Reassigned |
| Origin AS | |
| Organization | Werner Media Partners, LLC dba Nature Sleep (WMPLDNS-1) |
| Registration Date | 2016-02-19 |
| Last Updated | 2016-02-19 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-199-27-243-192-1 |
| See Also | Related POC records. |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |