W. ANDREW MCCULLOUGH, L.L.C. (2170)
Attorney for Defendants
6885 South State Street, Suite 200
Midvale, Utah 84047
Telephone: (801) 565-0894

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---oooOooo---

| | | |
|---|---|---|
| PURPLE INNOVATIONS, a Delaware Limited Liability Company, | : | |
| Plaintiff, | : | APPEARANCE OF COUNSEL |
| v. | : | |
| HONEST REVIEWS, a Florida Corp., RYAN MONAHAN, and GHOSTBED, a Delaware corp. | : | Civil No. 2:11-CV-00676 |
| Defendants. | : | Judge Dee Benson |

---oooOooo---

COMES NOW W. Andrew McCullough, L.L.C., Attorney at Law, and hereby appears as counsel for Defendants Honest Reviews and Ryan Monahan. Counsel will be moving the admission, Pro Hac Vice, of out-of state counsel to associate in this matter.

DATED this 6th day of March, 2017.

W. ANDREW MCCULLOUGH, L.L.C.


/s/_____
W. Andrew McCullough
Attorney for Defendants Honest
Reviews and Monahan

CERTIFICATE OF SERVICE

    I hereby certify that I served the forgoing Appearance on James Magleby, Attorney for Plaintiff by filing the forgoing Appearance electronically with the Court, through the Court's CM/ECF system on the 6th day of March, 2017.

                                            /s/ W. Andrew McCullough_____

honest.rev.Appear.usdist.2017