# Exhibit "1"



GET YOUR PRODUCT REVIEWED          🇬🇧 VISIT HONEST REVIEWS UK





Get Notifications

**Reviews    Comparisons    Pillows    Sleep Tech    Pet    Coupons    Industry Talk    News**

🔍   **15** NEW ARTICLES

Home  »  Mattress Reviews  »  Purple Mattress Review

**MATTRESS REVIEWS**

# Purple Mattress Review

By honest mattress reviews      🕐 3 min read





PURPLE MATTRESS REVIEW

Share on Facebook    Share on Twitter    g+    reddit    P    in    t

## What's The Best Mattress?

Saatva Mattress has a 4.9/5 Rating & 95% Owner Satisfaction. Easy & Affordable! Go to saatvamattress.com





The Purple Mattress company has sued us for defamation because they were not happy with the content of our reviews. **They then went into court, without us present or represented, and fed the judge a bill of goods.** You see, when you seek a temporary

restraining order, the judge usually trusts the lawyer that he isn't lying or asking for **something unconstitutional**.

This temporary order commands that we take down all reviews, and even cease rating this company with a rating of "Poor." Yes, indeed, we are no longer even permitted to rate this company as Poor. I guess we will change its rating to " 💩 ."

This order is unconstitutional. Any lawyer who would ask for something this clearly unconstitutional is a pretty slimy piece of crap — even for a lawyer. **We expect that once the judge in the case sees what garbage they stuck under his nose to sign, the judge will bench slap them like a side of beef.** But, until then, there is a Federal Court order in place, and well, we're not about to disregard a court order — not even an unconstitutional one.

That all said, you need to ask yourself if you would buy a mattress from a company that wants to suppress consumer reviews with a SLAPP suit. Do you trust a company that, rather than compete in the marketplace, decides that it will just try and **sue negative reviews out of existence**?

They have, temporarily, succeeded in getting this review down. **But, we are going to court, where we are going to fight for the First Amendment, and the right to bring you our honest consumer reviews.**



**DID YOU SEE THIS?**







In the meantime, we won't call the Purple Mattress company "poor". But, we will call them SLAPP SUIT FILING SCUMBUCKETS. And, if you buy a mattress from them, you're  on the **First Amendment.**

**Read The Order Here**

Tags   Honest Mattress Reviews    Purple Mattress    Purple Mattress Review
Purple Review


f Share on Facebook    Share on Twitter



GhostBed Drops Affirm Financing For Global Leader Klarna



Powered by Google





**Best Reviewed Mattress**

Ad saatvamattress.com

**Best Memory Foam Mattress**

Ad Loom And Leaf

**Aviya™ #1 Innerspring...**

Ad aviyamattress.com





**Official Casper vs eve Mattress Comparison**

honestmattressreviews.com

**The Ultimate GhostBed Mattress...**

honestmattressreviews.com

**Official Casper Mattress Review by...**

honestmattressreviews.com

ACTIVE KICKSTARTER PROJECTS

KICKSTARTER  CELESTIAL TRIBE



powered by embedly

Previous article

Neck Pain? The Best Support Pillow Is Now A Better Price!

Next article

How Mattress Firm's New CMO Plans to Wake Up the Sleep Biz

MORE BY HONEST MATTRESS REVIEWS    MORE IN MATTRESS REVIEWS







## Cocoon Chill By Sealy Has What It Takes To Dominate The Bed In A Box Space

1 day ago

## How Mattress Firm's New CMO Plans to Wake Up the Sleep Biz

2 days ago

## Neck Pain? The Best Support Pillow Is Now A Better Price!

4 days ago

Load More By honest mattress reviews

Comments are closed.



KICKSTARTER　CAMBRIDGE SOUND MANAG...



▶ PLAY

powered by embedly

KICKSTARTER　FUTO LAB

▶ PLAY

powered by embedly

KICKSTARTER　TONY PEARCE



▶ PLAY

THE **purple** PILLOW

powered by embedly

Case 2:17-cv-00138-DB Document 20-1 Filed 03/06/17

Get Notifications

**STAY CONNECTED**



Honest Mattress Reviews
1,479 likes

Like Page

Learn More

Be the first of your friends to like this

**LATEST REVIEWS**



Amorebeds Mattress Review
★★★★⯪



Novosbed Mattress Review
★★★★⯪




GhostBed Mattress Review
★★★★☆

# Best Memory Foam Mattress

Best Reviewed Mattress. 2,000+ Five Star Reviews And Counting. Go to loomandleaf.com





## POPULAR NEWS

**Purple Mattress Review**

**GhostBed Drops Affirm Financing For Global Leader Klarna**



**The Mattress That Canadians Are Loving Right Now**

## HONEST MATTRESS REVIEWS

Get Your Product Reviewed

Get Published! Contribute An Article

What Is Honest Mattress Reviews Platform?

## HONEST REVIEWS COMPANY

Staff Favorite News

Beauty Reviews

Home & Kitchen

Fitness & Wellness Reviews

Business Reviews

Electronics Reviews

## EDITOR PICKS

 **GhostBed Mattress Review**

 **Leesa Mattress Review**

 **Tuft & Needle Mattress Review**

