# Exhibit "2"



GET YOUR PRODUCT REVIEWED     VISIT HONEST REVIEWS UK



Get Notifications

Best Reviewed Mattress

Rated 4.9/5 From 10,663+ Reviews. The Best Reviewed Mattress of 2016. Go to saatvamattress.com/BuyOnlineAndSave

Reviews     Comparisons     Pillows     Sleep Tech     Pet     Coupons     Industry Talk     News





15 NEW ARTICLES



MATTRESS REVIEWS

# Purple Mattress Review

By honest mattress reviews        Posted 2 days ago

Get Notifications





**DID YOU SEE THIS?**





# Need A New Mattress? Read These Reviews First!

Let's be honest ... it's been a while since you bought your last mattress! We've reviewed and rated all of the top mattresses available on the market.

**SHOW ME THE REVIEWS**





GhostBed Drops Affirm Financing For Global Leader Klarna

Get Notifications

## LASTEST NEWS



ALL THE BEST DISCOUNTS AND PROMOTIONS
Access All Of The Deals - Click Here

**INDUSTRY NEWS**



The Mattress That Canadians Are Loving Right Now



**ACTIVE KICKSTARTER PROJECTS**

**KICKSTARTER** CELESTIAL TRIBE



powered by embedly

Get Notifications

INDUSTRY NEWS



Sleep Train Rebranding Under Mattress Firm Ownership

KICKSTARTER CAMBRIDGE SOUND MANAGE



powered by embedly

KICKSTARTER FUTO LAB



powered by embedly

KICKSTARTER TONY PEARCE



powered by embedly

**INDUSTRY NEWS**



Bloomberg Special | It's Easy to Sell Mattresses. Right?

**STAY CONNECTED**



**LATEST REVIEWS**




Novosbed Mattress Review


GhostBed Mattress Review

INDUSTRY NEWS





Is Tuft & Needle Slowly Taking Over Metro Phoenix?



Get Notifications

**BREAKING NEWS**  **INDUSTRY NEWS**



Get Notifications



Sleepopolis Sends Us To YouTube's Copyright School Rather Than Focusing On Consumer Safety

**3RD PARTY MATTRESS REVIEWERS** | **INDUSTRY NEWS**



Goodbed.com's Review Comparison Of Casper vs Leesa vs GhostBed

**INDUSTRY NEWS**



News Outlets Continue To Perpetuate Consumer Reports Inaccurate Rating On The Casper Mattress

**BREAKING NEWS**  **INDUSTRY NEWS**  **INDUSTRY TALK**



Industry Talk | How Mattress Firm's Digital Team Embraces Emerging Social Networks

INDUSTRY NEWS





Get Notifications

WinkBeds' New Mattress Has Built-In Heating And Cooling

**INDUSTRY NEWS**  **UNBOXING**



Helix Has Mastered The Art Of Comfort And Customization

INDUSTRY NEWS



Consumer Reports Is As Effective As A Paper Bookmark For A Kindle

**DEALS** **INDUSTRY NEWS**



Best President's Day Mattress Sales & Offers

Show More News



Get Notifications 

Official Mattress Reviews by Honest Reviews