# Exhibit "3"



GET YOUR PRODUCT REVIEWED  🇬🇧 VISIT HONEST REVIEWS UK





Get Notifications

What's The Best Mattress?

Saatva Has 95% Owner Satisfaction w/ Over 15k Reviews & Counting. Try Our Luxury Mattress! Go to saatvamattress.com

| Reviews | Comparisons | Pillows | Sleep Tech | Pet | Coupons |

Industry Talk    News                                🔍  15 NEW ARTICLES

Home  »  Industry Leading Mattress Reviews

# Industry Leading Mattress Reviews

            

| MATTRESS COMPARISON REVIEWS | | | | | |
|---|---|---|---|---|---|
| COMPANY | VALUE RATING | SLEEPER POSITION | BODY TYPE | QUEEN SIZE | HONEST REVIEW |
|  |  💩 | NO RATING DUE TO COURT ORDER | NO RATING | CENSORED | Review |
|  TEMPUR-PEDIC |  |    |  | $4699 | Review |
|  ALEXANDER Hybrid nest bedding |  |  |  | $1199 | Coming Soon |

## MATTRESS COMPARISON REVIEWS

| COMPANY | VALUE RATING | SLEEPER POSITION | BODY TYPE | QUEEN SIZE | HONEST REVIEW |
|---|---|---|---|---|---|
| GHOSTBED | 🏆 | 💤 🧍 🛌 | 👤👤👤 | $795 | Review |
| GHOSTBED | 🏆 | 💤 🧍 🛌 | 👤👤👤 | $999 | Review |
| Amore beds | 🏆 | 💤 🧍 🛌 | 👤👤👤 | $825 | Review |
| big fig | 🏆 | 💤 🧍 🛌 | 👤👤👤 | $1499 | Unboxing |
| HELIX SLEEP | 🏆 | 💤 🧍 🛌 | 👤👤👤 | $900 | Coming Soon |
| LUXI | 🏆 | 💤 🧍 🛌 | 👤👤👤 | $1099 | Unboxing |
| eve | 🏆 | 💤 🧍 🛌 | 👤👤👤 | $849 | Unboxing |
| EIGHT | 🏆 | 💤 🧍 🛌 | 👤👤👤 | $1050 | Coming Soon |

Get Notifications

## MATTRESS COMPARISON REVIEWS

| COMPANY | VALUE RATING | SLEEPER POSITION | BODY TYPE | QUEEN SIZE | HONEST REVIEW |
|---|---|---|---|---|---|
| Love & Sleep | ▲ | 🛌 | 👤👤👤 | $599 | Coming Soon |
| ATTRESS | ▲ | 🛌 | 👤👤👤 | $850 | Coming Soon |
| Ikrema | ▲ | 🛌 | 👤👤👤 | $1200 | Coming Soon |
| pangeabed | ▲ | 🛌 | 👤👤👤 | $770 | Review |
| Qomfort | ▲ | 🛌 | 👤👤👤 | $549 | Coming Soon |
| UR Bed | ▲ | 🛌 | 👤👤👤 | $399 | Review |
| Beautyrest Black | ▲ | 🛌 | 👤👤👤 | $2599 | Review |
| eve | ▲ | 🛌 | 👤👤 | $849 | Review |
| it by Sleep Number | ▲ | 🛌 | 👤👤 | $1099 | Review |

Get Notifications

# MATTRESS COMPARISON REVIEWS

| COMPANY | VALUE RATING | SLEEPER POSITION | BODY TYPE | QUEEN SIZE | HONEST REVIEW |
|---|---|---|---|---|---|
| Casper | ▲ | | | $950 | Review |
| BB Brown Bedding | ▲ | | | $750 | Coming Soon |
| yogabed | ⇕ | | | $849 | Review |
| lull | ⇕ | | | $850 | Review |
| leesa | ⇕ | | | $940 | Review |
| TUFT & NEEDLE | ▼ | | | $600 | Review |
| e LUXURY SUPPLY | ▼ | | | $625 | In Progress |
| Hampton & Rhodes | ▼ | | | $499 | In Progress |
| nature's sleep | ▼ | | | $2800 | Coming Soon |
| Serta | ▼ | | | $374 | In Progress |
| DOZE | ▼ | | | $750 | Coming Soon |
| Sleeping Duck | ★ | TBD | TBD | $1349 | Starting Soon |
| Hyphen | ★ | TBD | TBD | $750 | Starting Soon |
| GELFOAMBED | ★ | 12" Miranda Medium | TBD | $649 | Starting Soon |

Get Notifications

## MATTRESS COMPARISON REVIEWS

| COMPANY | VALUE RATING | SLEEPER POSITION | BODY TYPE | QUEEN SIZE | HONEST REVIEW |
|---|---|---|---|---|---|
| Sleep Innovations | ★ | TBD | TBD | $369 | Pending |
| Rhodes | ★ | TBD | TBD | $499 | Pending |
| DY | ★ | TBD | TBD | $700 | Pending |
| Brentwood Home | ★ | Coronado TBD | TBD | $749 | Pending |
| Sleep Animalzzz | ★ | TBD | TBD | $799 | Pending |
| Live and Sleep | ★ | TBD | TBD | $799 | Pending |
| Nolah | ★ | TBD | TBD | $849 | Pending |
| Dromma | ★ | TBD | TBD | $849 | Pending |
| zotto | ★ | TBD | TBD | $875 | Pending |
| saatva | ★ | TBD | TBD | $999 | Pending |
| The Dream Bed | ★ | TBD | TBD | $999 | Pending |
| loom & leaf | ★ | TBD | TBD | $1099 | Pending |
| Avocado | ★ | TBD | TBD | $1399 | Pending |
| Sapira | ★ | TBD | TBD | $1475 | Pending |
| the naked mattress | ★ | TBD | TBD | $1500 | Pending |

Get Notifications

## MATTRESS COMPARISON REVIEWS

| COMPANY | VALUE RATING | SLEEPER POSITION | BODY TYPE | QUEEN SIZE | HONEST REVIEW |
|---|---|---|---|---|---|
| intelliBED | ★ | Gel Elite TBD | TBD | $2499 | Pending |
| Shifman & Rhodes | ★ | Lux Estate Gallium TBD | TBD | $2519 | Pending |
| LEGENDSLEEP | ★ | The Geneva TBD | TBD | $3300 | Pending |
| reverie | ★ | Dream Supreme II TBD | TBD | $3499 | Pending |
| DUXIANA | ★ | DUX 8008 TBD | TBD | TBD | Pending |

Get Notifications



Honest Rating Scale: World-Class, Good, Standard, Fair, Poor | Sleep Position: Side, Stomach, Back | Body Type: Light, Average, Heavy | Status: Starting Soon, Pending Product

**Ready for our expert team to review your product?**



 

  

Disclaimer

 

## POPULAR NEWS

 Purple Mattress Review

 GhostBed Drops Affirm Financing For Global Leader Klarna

 The Mattress That Canadians Are Loving Right Now

## HONEST MATTRESS REVIEWS

Get Your Product Reviewed

Get Published! Contribute An Article

What Is Honest Mattress Reviews Platform?

## HONEST REVIEWS COMPANY

Staff Favorite News

Beauty Reviews

Home & Kitchen

Fitness & Wellness Reviews

Business Reviews

Electronics Reviews

## EDITOR PICKS

 GhostBed Mattress Review

 Leesa Mattress Review

 Tuft & Needle Mattress Review

Get Notifications

