# Exhibit "4"



# Best Reviewed Mattress of 2016

Buy A Mattress Online & Save $1000. In-Home Installation and 120 Day Trial!

Go to saatvamattress.com



Home » Breaking News » Sleepopolis Sends Us To YouTube's Copyright School Rather Than Focusing On Consumer Safety

**BREAKING NEWS** **INDUSTRY NEWS**

# Sleepopolis Sends Us To YouTube's Copyright School Rather Than Focusing On Consumer Safety

By honest mattress reviews    🕐 16 min read





# HONEST ★★★★ REVIEWS

| 🏠 | Reviews | Comparisons | Pillows | Sleep Tech | Pet | Coupons | Industry Talk | **News** |

🔍

Get Notifications



SLEEPOPOLIS SENDS US TO YOUTUBE'S COPYRIGHT SCHOOL RATHER THAN FOCUSING ON CONSUMER SAFETY

| f Share on Facebook | 🐦 Share on Twitter | G+ | reddit | P | in | t |

## Best Reviewed Mattress

Best Reviewed for the Past 5 years. Sleep on a True Luxury Mattress. Go to saatvamattress.com



*Great news! We're out of YouTube jail and have passed copyright school with flying colors. Now we can return to* our mission*, what's best for consumers and consumer safety.*













We apologize, Derek, if you feel our utilization of your video clip was offensive.



**After successfully competing Copyright School and speaking with our YouTube contacts we've found a happy medium**.

Your issue was not in the fact that we recognized your comprehensive coverage of Purple's use of a 'Plastic' powder. Rather, the issue simply resides in the fact the video wasn't hosted on your YouTube channel.

Working with YouTube we now have a very clear understanding of how to accomplish the same goal (consumer education) while ensuring

Case 2:1-cv-00138-DB    Document 28-4    Filed 03/06/17    Page 6 of 82

**HONEST REVIEWS**

🏠 | Reviews | Comparisons | Pillows | Sleep Tech | Pet | Coupons | Industry Talk | **News**

🔍

Get Notifications 📝

**WARNING – The Clip You're Going To See Below Is Copyrighted Material Of Halesopolis DBA Sleepopolis.com.**

**Sleepopolis.com is a paid affiliate mattress review website that earns a commission (profit/payments) if you click his links and make a purchase.**

**We asked Derek in this article,"Do Mattress Reviewers Have A Responsibility To Acknowledge Consumer Safety?"**





As more consumers turn to the internet for honest, unbiased opinions the importance of a Reviewer Integrity Oath should now be the leading emerging topic amongst reviewers. We've taken it upon ourselves to draft the first version of a Reviewer Integrity Oath. We will publish this seeking the input of other top reviewers as this will be a collaborative effort to create a fair, truthful and sincere review general guidelines.

***Do Mattress Reviewers Have A Responsibility To Acknowledge Consumer Safety? We certainly believe so!***

About the Mattress Review Space, we at Honest Mattress Reviews believe truly there is a mattress for everyone. So it's not about which is the best-rated mattress on the internet.

In recent days we've published research information regarding Purple's use of "Plastic" powder. Reviewers behavior and actions will stand as the precedent for consumer interests moving forward. We have a long history of publishing a lot of content about Purple and their amazing videos and we truly look forward to publishing documentation that addresses consumer concerns so we can again promote the Purple Mattress.

As more companies enter the direct to consumer mattress space its the responsibility of each individual company to ensure the products they ship are completely safe.

***| We also believe it's the responsibility of mattress reviewers to question, research, conduct tests, and***





ultimately raise your audience based on the best available knowledge.

As each of these mattress reviewers has longstanding credibility within this industry as subject matter experts we pose this question to the industry's top reviewers.  **To clarify, we selected to include Sleepopolis based on website traffic.**

| Rather than educating consumers, Derek (Sleepopolis) adds a small disclaimer in an *effort to remove his involved responsibility* should this powder have negative effects on consumers.

Now, on to most notable feature about the Purple mattress, cooling. **The air pockets created from the webbed polymer smart grid help to keep the sleeping surface extremely cool.** Only adding to the mix is the thin cover. Between the heavy airflow through the webbed air pockets and thin cover, this mattress is easily one of the coolest I have slept on to date. The light powder coating (pictured below) on the Purple polymer is a non-toxic proprietary plastic powder material. It helps to minimize some of the noise that the polymer would otherwise create.

Unfortunately for all of the potential consumers, Derek doesn't place any further effort ensuring that his strong recommendation of the Purple mattress without any scientific evidence that the usage of this 'powder' with this intended use is safe.

**In the official Sleepopolis mattress review, Derek even indicates that in his opinion the cover is *thin* (see below).  If Derek recognizes the thinness and breathability of the cover (which he touts for its cooling abilities) it's a direct disservice and reckless recommendation not *also* to inform consumers that**



Case 2:1-cv-00138-DB Document 28-4 Filed 03/06/17 Page 9 of 32



the powder inhaled may impact people who have respiratory issues (both on the mattress and pillow).

**So we questioned why someone who invests so much time and energy in building an affiliate website wouldn't seek the best interest of consumers ... ?**

**Leveraging internet tools, open and available to the public, we conducted six months of website outgoing traffic audit from Sleepopolis to Purple.**

When you click on any of those links you automatically install a small tracking cookie.  This lives inside your computer or phone for the next 30ish days.  **That means if you go to buy a mattress 12 days later, Sleepopolis will still receive the sales affiliate commission.**

*If the mattress affiliate industry ranges on pay agreement percentages based on traffic driven from 5% per sale to 15% per sale we will split the difference for the estimate to 10% per sale.*

The users that visit Sleepopolis are made up of good quality traffic.  What we mean to be more specific is that the majority of people who visit the website are interested in buying a new mattress and are seeking advice on which one is recommended to buy.

*TRANSPARENCY NOTE: We don't know the direct traffic, exact conversion rates or specific deal that Sleepopolis has with Purple.*





| | Outgoing Traffic | Outgoing Percentage To Purple | Total Outgoing Traffic To Purple | 10% Estimated Conversion Rate | Potential Share A Sale Profit To Sleepopolis |
|---|---|---|---|---|---|
| August | 130,000 | 5% | 6,500 | 650 | $65,000.00 |
| September | 120,000 | 4% | 4,800 | 480 | $48,000.00 |
| October | 130,000 | 5% | 6,500 | 650 | $65,000.00 |
| November | 170,000 | 5% | 8,500 | 850 | $85,000.00 |
| December | 160,000 | 9% | 14,400 | 1,440 | $144,000.00 |
| January | 120,000 | 10% | 12,000 | 1,200 | $120,000.00 |

The above chart does not show the exact number of visits. Leveraging tools that are open to the public that tracks website traffic we are able to provide you this accurate but not exact data.

Although we've attempted to interview Sleepopolis to directly share his opinion on the use and safeness of Purple's 'Plastic' powder – he has yet to respond.

**UPDATE – Derek did respond but has declined to partake in an interview.**



**Honest Reviews**
@honestmattress

[Follow]

. Hey Derek, will you take us up on our interview request?
@sleepopolis

3:46 PM - 25 Feb 2017



Case 2:17-cv-00138-DB   Document 20-4   Filed 09/06/17   Page 11 of 32





@honestmattress Thanks. I'll keep that in mind.

8:32 PM - 25 Feb 2017

**Final Thought – when researching a product, be it a mattress or consumer electronic, it's most advantageous to understand affiliate relationships and factor that into the endorsement. We've been a huge fan of Purple and have referred to Sleepopolis as "an industry expert" on many occasions. But, when consumer safety comes after potential profits we call into question your credibility.**

**Update – last week we published to Purple, "With the utmost respect, we ask, *when will you release your completed due diligence ensuring the product we consumers are buying is safe to inhale?* As of this publication, they have yet to respond to us at all. We will keep you posted if we hear an answer to this inquiry.**

**Honest Mattress Reviews does not have any affiliate commission sales relationships with mattress companies. This is by design to ensure that our focus is on the consumer, not direct commissions for ourselves. We believe that long-term integrity is more valuable than short-term monetary gain.**





*disclosures to consumers that they will be subjected to and directly inhaling a white powder substance that could be damaging to those with respiratory issues we're going to* **revoke our endorsement of this mattress.** We value consumer knowledge and safety far greater to our organization that funny videos and made up tests.

**Once Purple publishes supporting documentation for consumers about the safety of this substance used in the context in which they use it, we will reinstate our recommendation. As a consumer, you have the right and responsibility to research your mattress before you complete your purchase. We're not saying that you should not buy a Purple Mattress. What we are clearly saying is that until consumers are properly informed of this substance we are revoking our recommendation.**

## If this Powder is completely brand new to you here are some reference articles

| *What Exactly Is That White Powder On Purple's Mattress?*

| *A Deeper Investigation Into Purple Mattress & Pillows White Powder*

| *PSA – Due To Purple's Unknown Powder We're Revoking Our Endorsement*





Purple Ask to Implement or Whitewater Say They Heads Consumers

NOTE: We would still LOVE to talk to Alex or any other team member at Purple. Simply email hello@honestmattressreviews.com and your content will be published, unedited in the format submitted. Your content will then be syndicated via our website and social media channels. Please be aware, to provide complete transparency, everything you submit will be published. Should you provide additional information we would be more than happy to update this article.

Get Notifications 🗂

[ Click here to shop Purple Mattress ]



# Best Memory Foam Mattress

Best Reviewed Mattress. 2,000+ Five Star Reviews And Counting. Go to loomandleaf.com





**Honest Rating Scale**

World-Class    Good    Standard    Fair    Poor

**Status**

Starting Soon    Pending Product

### MATTRESS COMPARISON REVIEWS

| COMPANY | VALUE RATING | SLEEPER POSITION | BODY TYPE | QUEEN SIZE | HONEST REVIEW |
|---------|--------------|------------------|-----------|------------|---------------|



HONEST ★★★★ REVIEWS    🏠    Reviews    Comparisons    Pillows    Sleep Tech    Pet    Coupons    Industry Talk    News    🔍



HONEST REVIEWS    🏠    Reviews    Comparisons    Pillows    Sleep Tech    Pet    Coupons    Industry Talk    **News**    🔍

| | | | | |
|---|---|---|---|---|
| HONESED | | | $999 | Review |
| Amore beds | 🏆 | | $825 | Review |
| big fig | 🏆 | | $1499 | Unboxing |
| HELIX SLEEP | 🏆 | | $900 | Coming Soon |



HONEST ★★★★
REVIEWS

🏠 | Reviews | Comparisons | Pillows | Sleep Tech | Pet | Coupons | Industry Talk | **News**

🔍

| | | | | |
|---|---|---|---|---|
| LUXI | | | | $1099  Unboxing |
| | | | | |
| eve 🇬🇧 | 🏆 | | | $849   **Unboxing** |
| EIGHT | 🏆 | | | $1050   Coming Soon |
| LOVE & SLEEP by nest | 🔺 | | | $599   Coming Soon |



# HONEST REVIEWS

Reviews | Comparisons | Pillows | Sleep Tech | Pet | Coupons | Industry Talk | **News**

$850    Coming Soon

ikrema    $1200    Coming Soon

pangeabed    $770    **Review**

Qomfort    $549    Coming Soon



HONEST ★★★★
REVIEWS

Reviews  Comparisons  Pillows  Sleep Tech  Pet  Coupons  Industry Talk  News



| | | | | |
|---|---|---|---|---|
| TRBed | ▲ | | | $399 |
| Beautyrest BLACK | ▲ | | | $2599 |
| eve | ▲ | | | $849 |
| it by Sleep Number | ▲ | | | $1099 |
| Casper | ▲ | | | $950 |



| | | | | |
|---|---|---|---|---|
| nature's sleep | ▼ | | $2800 | Coming Soon |
| Serta | ▼ | | $374 | In Progress |
| DOZE | ▼ | | $750 | Coming Soon |
| Sleeping Duck | ★ | TBD | TBD | $1349 | Starting Soon |
| Hyphen | ★ | TBD | TBD | $750 | Starting Soon |



| | | | | |
|---|---|---|---|---|
| | ★ | Miranda | TBD | $649 | Starting Soon |

Medium

| | | | | |
|---|---|---|---|---|
| Sleep Innovations | ★ | TBD | TBD | $369 | Pending |
| Hampton & Rhodes | ★ | TBD | TBD | $499 | Pending |
| ENDY | ★ | TBD | TBD | $700 | Pending |
| BRENTWOOD HOME | ★ | Coronado<br><br>TBD | TBD | $749 | Pending |
| SLEEP ANIMALZ | ★ | TBD | TBD | $799 | Pending |
| Live and Sleep | ★ | TBD | TBD | $799 | Pending |
| Nolah | ★ | TBD | TBD | $849 | Pending |
| Drömma | ★ | TBD | TBD | $849 | Pending |
| zotto | ★ | TBD | TBD | $875 | Pending |

22/31

![HONEST REVIEWS]

🏠 | **Reviews** | **Comparisons** | **Pillows** | **Sleep Tech** | **Pet** | **Coupons** | **Industry Talk** | **News**

🔍

**Get Notifications**

| | | | | | |
|---|---|---|---|---|---|
| ⭐ | | TBD | | $999 | Pending |
| DREAM ⭐ | | TBD | TBD | $999 | Pending |
| loom & leaf BY SAATVA | ⭐ | TBD | TBD | $1099 | Pending |
| AVOCADO | ⭐ | TBD | TBD | $1399 | Pending |
| Sapira by Leesa | ⭐ | TBD | TBD | $1475 | Pending |
| the naked mattress | ⭐ | TBD | TBD | $1500 | Pending |
| intelliBED | ⭐ | Gel Elite TBD | TBD | $2499 | Pending |
| Hampton & Rhodes | ⭐ | Lux Estate Gallium TBD | TBD | $2519 | Pending |



| | | | | | |
|---|---|---|---|---|---|
| LEGEND | ★ | Geneva | TBD | $3300 | Pending |

TBD

| | | | | | |
|---|---|---|---|---|---|
| Reverie | ★ | Dream Supreme II TBD | TBD | $3499 | Pending |
| DUXIANA | ★ | DUX 8008 TBD | TBD | TBD | Pending |

## Media Outreach



Sleepopolis Sends Us To YouTube's Copyright School Rather Than Focusing On Consumer Safety ...

**Honest Reviews** | **Reviews** | **Comparisons** | **Pillows** | **Sleep Tech** | **Pet** | **Coupons** | **Industry Talk** | **News**

honestmattressreviews.com/sleepopolis-pu… @sleepopolis

1:09 PM - 25 Feb 2017



**Honest Reviews**
@honestmattress                                    Follow

Sleepopolis Sends Us To YouTube's Copyright School Rather Than Focusing On Consumer Safety

honestmattressreviews.com/sleepopolis-pu… @LifeOnPurple

#hmr

1:10 PM - 25 Feb 2017

Case 2:17-cv-00138-DB Document 29-4 Filed 09/08/17 Page 26 of 32



Sleepopolis Sends Us To YouTube's Copyright School Rather Than Focusing On Consumer Safety



Reviews   Comparisons   Pillows   Sleep Tech   Pet   Coupons   Industry Talk   **News**

Sleepopolis Sends Us To YouTube's Copyright School Rather
Than Focusing On Consumer Safety
honestmattressreviews.com/sleepopolis-pu… @WSJ @nytimes
@business

1:11 PM - 25 Feb 2017



**Honest Reviews**
@honestmattress

 Follow

Sleepopolis Sends Us To YouTube's Copyright School Rather
Than Focusing On Consumer Safety
honestmattressreviews.com/sleepopolis-pu… @FTC @US_FDA
@Forbes

1:12 PM - 25 Feb 2017

  





**Honest Reviews**
@honestmattress

🐦 Follow

Sleepopolis Sends Us To YouTube's Copyright School Rather Than Focusing On Consumer Safety

honestmattressreviews.com/sleepopolis-pu… @mashable @BW @Adweek

1:12 PM - 25 Feb 2017

↩ ♺ ♥

## Disclaimer

Tags | Honest Mattress Reviews | Purple Mattress | Purple Powder | Sleepopolis



 

**HONEST REVIEWS**


Powered by Google



**Best Memory Foam Mattress**

Ad Loom And Leaf



**Top 5 Best Mattress**

Ad exploreshops.net

**2016's Best New Mattress - Sleep The...**

Ad zenhaven.com



**The Mattress That Canadians Are...**

honestmattressreviews.com



**Top Rated Mattress Comparisons &...**

honestmattressreviews.com



**What Exactly Is That White Powder On...**

honestmattressreviews.com



**Purple's Acknowledgement...**

honestmattressreviews.com



**PSA | Due To Purple's Unknown Powder...**

honestmattressreviews.com

Previous article

Goodbed.com's Review Comparison Of Casper vs Leesa vs GhostBed

Next article

Is Tuft & Needle Slowly Taking Over Metro Phoenix?

MORE BY HONEST MATTRESS REVIEWS    MORE IN BREAKING NEWS





### Mattress Startup Nuvanna Offers Layered Support

17 hours ago

### Cocoon Chill By Sealy Has What It Takes To Dominate The Bed In A Box Space

2 days ago

### How Mattress Firm's New CMO Plans to Wake Up the Sleep Biz

3 days ago

Load More By honest mattress reviews ⌄

## Comments are closed.



Ads by



### POPULAR NEWS

Purple Mattress Review

### HONEST MATTRESS REVIEWS

Get Your Product Reviewed

Get Published! Contribute An Article

What Is Honest Mattress Reviews Platform?

### EDITOR PICKS

GhostBed Mattress Review



PSA – FDA Bans Doctors Medical Powdered Gloves

Tuft & Needle Mattress Review

Beauty Reviews

Home & Kitchen

Fitness & Wellness Reviews

Business Reviews

Electronics Reviews

| Top Tags | Honest Mattress Reviews | Yogabed | Tuft & Needle | Casper | Eve Mattress | Purple | Sleepopolis | Leesa Mattress | Mattress Firm |
|---|---|---|---|---|---|---|---|---|---|

Kickstarter    Purple Mattress    GhostBed    Casper Mattress    Nest Bedding    Leesa

◼ **ABOUT US**

◼ **FOLLOW US**



Honest Mattress Reviews provides genuine reviews of mattresses, pillows and sleep technology.

Most mattress review websites receive affiliate payments in exchange for driving traffic and providing bias reviews.

Our website receives zero affiliate commissions.

Get Your Product Reviewed     Contact Our Team     Contribute     Honest Reviews Company



