Phillip S. Ferguson (Utah Bar No. 1063)
Heather L. Thuet (Utah Bar No. 10106)
Bryson R. Brown (Utah Bar No. 14146)
CHRISTENSEN & JENSEN, P.C.
257 West 200 South, Suite 1100
Salt Lake City, Utah  84101
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472
phillip.ferguson@chrisjen.com
heather.thuet@chrisjen.com
bryson.brown@chrisjen.com
*Attorneys for Defendant Ghostbed*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HONEST REVIEW, LLCS, a Florida corporation, RYAN MONAHAN, an individual, and GHOSTBED, a Delaware corporation,<br><br>　　　　Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:17-cv-00138 PMW<br><br>Judge: Dee Benson |

　　　　Notice is hereby given that Bryson R. Brown of the law office of Christensen & Jensen, P.C. hereby enters his appearance for and in behalf of Defendant GhostBed, Inc. in the above-captioned matter.  Copies of all pleadings and correspondence regarding this case should be sent to the undersigned as counsel of record for Defendant Ghostbed.

DATED this 8th day of March, 2017.

                                          CHRISTENSEN & JENSEN, P.C.

                                          s/ Bryson R. Brown
                                          Phillip S. Ferguson
                                          Heather L. Thuet
                                          Bryson R. Brown
                                          *Attorneys for Defendant GhostBed, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th of March, 2017, 2016, I caused a true and correct copy of this **NOTICE OF APPEARANCE OF COUNSEL** to be filed via the Court's CM/ECF Filing System which sent notification of such filing on the following:

    James E. Magleby (magleby@mcgiplaw.com)
    Christine T. Greenwood (greenwood@mcgiplaw.com)
    Adam Alba (alba@mcgiplaw.com)
    MAGLEBY CATAXINOS & GREENWOOD
    170 South Main Street, Suite 1100
    Salt Lake City, UT 84101
    *Attorneys for Plaintiff*

    W. Andrew McCullough (wandrew48@ymail.com)
    6885 South State, Suite 200
    Midvale, UT 84047
    *Attorneys for Honest Reviews & Ryan Monahan*

                                            /s/ Belle Wade, Legal Secretary