Phillip S. Ferguson (Utah Bar No. 1063)
Heather L. Thuet (Utah Bar No. 10106)
Bryson R. Brown (Utah Bar No. 14146)
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472
phillip.ferguson@chrisjen.com
heather.thuet@chrisjen.com
bryson.brown@chrisjen.com
*Attorneys for Defendant Ghostbed*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HONEST REVIEW, LLCS, a Florida corporation, RYAN MONAHAN, an individual, and GHOSTBED, a Delaware corporation,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:17-cv-00138 DB<br><br>Judge: Dee Benson |

Notice is hereby given that Phillip S. Ferguson of the law office of Christensen & Jensen, P.C. hereby enters his appearance for and in behalf of Defendant GhostBed, Inc. in the above-captioned matter.  Copies of all pleadings and correspondence regarding this case should be sent to the undersigned as counsel of record for Defendant GhostBed.

DATED this 8th day of March, 2017.

           CHRISTENSEN & JENSEN, P.C.

           <u>s/ Phillip S. Ferguson</u>
           Phillip S. Ferguson
           Heather L. Thuet
           Bryson R. Brown
           *Attorneys for Defendant GhostBed, Inc.*

### **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 8, 2017 I caused a true and correct copy of this **NOTICE OF APPEARANCE OF COUNSEL** to be filed via the Court's CM/ECF Filing System which sent notification of such filing to the following:

 James E. Magleby (magleby@mcgiplaw.com)
 Christine T. Greenwood (greenwood@mcgiplaw.com)
 Adam Alba (alba@mcgiplaw.com)
 MAGLEBY CATAXINOS & GREENWOOD
 170 South Main Street, Suite 1100
 Salt Lake City, UT 84101
 *Attorneys for Plaintiff*

 W. Andrew McCullough (wandrew48@ymail.com)
 6885 South State, Suite 200
 Midvale, UT 84047
 *Attorneys for Honest Reviews & Ryan Monahan*

           <u>/s/ Claudia Ward, Legal Secretary</u>

2