Phillip S. Ferguson (Utah Bar No. 1063)
Heather L. Thuet (Utah Bar No. 10106)
Bryson R. Brown (Utah Bar No. 14146)
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472
phillip.ferguson@chrisjen.com
heather.thuet@chrisjen.com
bryson.brown@chrisjen.com
*Attorneys for Defendant Ghostbed*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HONEST REVIEW, LLCS, a Florida corporation, RYAN MONAHAN, an individual, and GHOSTBED, a Delaware corporation,<br><br>　　　　Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:17-cv-00138-DB<br><br>Judge Dee Benson |

　　　Notice is hereby given that Heather L. Thuet of the law office of Christensen & Jensen, P.C. hereby enters her appearance for and on behalf of Defendant GhostBed, Inc. in the above-captioned matter.  Copies of all pleadings and correspondence regarding this case should be sent to the undersigned as counsel of record for Defendant GhostBed.

DATED this 8th day of March, 2017.

                                              CHRISTENSEN & JENSEN, P.C.

                                              */s/ Heather L. Thuet*
                                              Phillip S. Ferguson
                                              Heather L. Thuet
                                              Bryson R. Brown
                                              *Attorneys for Defendant GhostBed, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th of March, 2017, the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed utilizing the Court's CM/ECF system which sent notification of such filing to the following:

      James E. Magleby (magleby@mcgiplaw.com)
      Christine T. Greenwood (greenwood@mcgiplaw.com)
      Adam Alba (alba@mcgiplaw.com)
      MAGLEBY CATAXINOS & GREENWOOD
      170 South Main Street, Suite 1100
      Salt Lake City, UT 84101
      *Attorneys for Plaintiff*

      W. Andrew McCullough (wandrew48@ymail.com)
      6885 South State, Suite 200
      Midvale, UT 84047
      *Attorneys for Honest Reviews and Ryan Monahan*

                                                */s/ Heather L. Thuet*