# **EXHIBIT A**

Application for Admission Pro Hac Vice
Marc J. Randazza

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Marc J. Randazza           Telephone: (702) 420-2001
Firm Name: Randazza Legal Group, PLLC
Business Address: 4035 S. El Capitan Way
Las Vegas, NV 89147

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | Admitted on |
|---|---|---|
| State Bar of Nevada | 12265 | 01/06/2012 |
| State Bar of California | 269535 | 05/20/2010 |
| State Bar of Florida | 625566 | 03/25/2003 |
| State Bar of Arizona | 27861 | 08/26/2010 |
| State Bar of Massachusetts | 651477 | 01/24/2002 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted? ____ No      _x_ Yes (see attached Declaration)

Prior pro hac vice admissions in the District of Utah:      _x_ none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

I certify that I am a member in good standing of all bars to which I have been admitted. I further agree to read and comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. This certification that the foregoing is true and correct is made under penalty of perjury.

_____           March 7, 2017
Signature                                                           Date

Nonresident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $250.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.