# EXHIBIT C

Declaration of Marc J. Randazza
in Support of Application for Admission
*Pro Hac Vice*

W. Andrew McCullough (2170)
6885 S State Street, Suite 200
Midvale, Utah 84047
Telephone: (801) 565-0894
Facsimile: (801) 565-1099
wandrew48@ymail.com

Marc J. Randazza (*pro hac vice* forthcoming)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Telephone: (702) 420-2001
Facsimile: (305) 437-7662

*Attorneys for Honest Reviews, LLC and Ryan Monahan*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, INC., a Delaware corporation,<br><br>Defendants. | DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*<br><br>Case No.: 2:17-cv-00138-PMW<br><br>Honorable Dee Benson |

I, MARC J. RANDAZZA, declare:

1. I have personal knowledge of the following matters. The statements herein are true and correct to the best of my knowledge.

2. I am over the age of 18 years and have never been convicted of a crime of any kind.

3. I make this declaration in support of my Application for Admission Pro Hac Vice in the above-captioned proceeding.

4. I am licensed to practice law in the State of Nevada, State of California, State of Florida, State of Arizona, and the Commonwealth of Massachusetts.

5. I am in good standing with each and every bar and court that I am admitted to.

6. I wish to disclose that there is a pending disciplinary action against me in the State of Nevada, Case No. OBC15-0747.

7. The action has been partially dismissed, and the other claims are the subject of a pending motion to dismiss.

8. Given the ongoing nature of the proceedings, and the lack of findings, it is my position that this did not need to be disclosed under the verbiage of the question. However, out of an abundance of candor, caution, and respect for the Court, I disclose am disclosing this information.

9. There are no other pending disciplinary actions against me before any bar or court.

10. I have never been disciplined by any bar or court.

11. Should the complaint result in actual discipline, of any kind at all, I will promptly inform the court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 7, 2017.

_____
Marc J. Randazza