W. Andrew McCullough (2170)
6885 S State Street, Suite 200
Midvale, Utah 84047
Telephone: (801) 565-0894
Facsimile: (801) 565-1099
wandrew48@ymail.com

*Attorneys for Honest Reviews, LLC and Ryan Monahan*

| IN THE UNITED STATES DISTRICT COURT  DISTRICT OF UTAH, CENTRAL DIVISION ||
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,  Plaintiff,  v.  HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, INC., a Delaware corporation,  Defendants. | **ORDER FOR PRO HAC VICE ADMISSION**  Case No.: 2:17-cv-00138-PMW  Honorable Dee Benson |

It appearing to the Court that the Petitioners meet the pro hac vice admission requirements of DUCiv. R. 83-1.1(d), the motion for the admission pro hac vice of Marc J. Randazza and D. Gill Sperlein in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this ___ day of _____, 2017.

                                                                                            Hon. Dee Benson
                                                                                      U.S. District Judge