W. Andrew McCullough (2170)
6885 S State Street, Suite 200
Midvale, Utah 84047
Telephone: (801) 565-0894
Facsimile: (801) 565-1099
wandrew48@ymail.com

Marc J. Randazza (*pro hac vice* pending)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Telephone: (702) 420-2001
Facsimile: (305) 437-7662

*Attorneys for Honest Reviews, LLC and Ryan Monahan*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, INC., a Delaware corporation,<br><br>    Defendants. | **DECLARATION OF TREY A. ROTHELL IN SUPPORT OF DEFENDANTS HONEST REVIEWS, LLC AND RYAN MONAHAN'S EMERGENCY MOTION TO STAY AND DISSOLVE TEMPORARY RESTRAINING ORDER**<br><br>Case No.: 2:17-cv-00138-PMW<br><br>Honorable Dee Benson |

I, Trey A. Rothell, declare:

1. I am over the 18 years of age and have never been convicted of a crime involving fraud or dishonesty.

2. I am employed as a paralegal for Randazza Legal Group, PLLC.

3. I have first hand knowledge of the facts set forth herein, and if called as a witness

could and would testify competently thereto.

4. I make this declaration in support of Defendants Honest Reviews, LLC and Ryan Monahan's Emergency Motion to Stay Temporary Restraining Order, filed contemporaneously herewith.

5. On March 7, 2017, I accessed the below URLs through the web browser on my computer at the offices of Randazza Legal Group, PLLC at 4035 S. El Capitan Way, Las Vegas, Nevada 89147. Upon viewing each URL, I saved a true and correct version of the webpage to a PDF using the browser's built-in PDF-saving process, or through the Google Chrome extension "Awesome Screenshot", both of which preserve the content of the webpage while converting it into a PDF-viewable image. Each exhibit noted below is a true and correct copy of the webpage as I viewed it on March 7, 2017, and is attached to this declaration.

**Exhibit A.** "Casper Mattress Protector vs Purple Mattress Protector Pricing" https://www.honestmattressreviews.com/casper-vs-purple-mattress-protector/

**Exhibit B.** "Purple Launches the World's First Bamboo-Based Ultra-Stretchy Sheets" https://www.honestmattressreviews.com/purple-bed-sheets/

**Exhibit C.** "Purple Mattress Now Available In California King Size" https://www.honestmattressreviews.com/purple-mattress-california-king/

**Exhibit D.** "Purple Launches Their New Big Foot Soon To Be Viral Video" https://www.honestmattressreviews.com/new-purple-big-foot-video/

**Exhibit E.** "Take A Tour Through Purple's Mattress Factory In Utah" https://www.honestmattressreviews.com/purple-mattress-factory/

**Exhibit F.** "Purple Pillow Raises $2,640,852 On KickStarter" https://www.honestmattressreviews.com/purple-pillow-kickstarter-success/

**Exhibit G.** "Purple Pillow Raises over $2M Dollars On KickStarter" https://www.honestmattressreviews.com/purple-pillow-raises-over-2m-dollars-on-kickstarter/

**Exhibit H.** "Only 70 Hours Left to Back the Purple Pillow KickStarter Campaign!" https://www.honestmattressreviews.com/purple-pillow-kickstarter-update/

**Exhibit I.**   "Update – Purple Mattress Raises over $1M on Kickstarter and Still Has 14 Days Left" https://www.honestmattressreviews.com/purple-kickstarter-1-million/

**Exhibit J.**   "With 23 Days to Go Purple Pillow Has Raised over 639K on KickStarter" https://www.honestmattressreviews.com/purple-pillow-kickstarter/

**Exhibit K.**   "Harmon Brothers, The Creative Geniuses Named Sales & Marketer of the Year" https://www.honestmattressreviews.com/harmon-brothers-named-sales-marketer-of-the-year/

**Exhibit L.**   "We Found the Real 'Goldilocks' from the Raw Egg Test Video" https://www.honestmattressreviews.com/purple-mattresswe-found-the-real-goldilocks-from-the-raw-egg-test-video/

**Exhibit M.**   Screen-capture of YouTube video posted on Plaintiff's webpage https://onpurple.com/mattress

**Exhibit N.**   Honest Reviews Company homepage https://www.honestreviewscompany.com/

**Exhibit O.**   Honest Mattress Reviews homepage https://www.honestmattressreviews.com/

6. On March 8, 2017, I received a copy of a preliminary report from Dr. John J. Godleski, M.D. A true and correct copy of Dr. Godleski's report is attached to Defendants Honest Reviews, LLC and Ryan Monahan's Emergency Motion to Stay and Dissolve Temporary Restraining Order as **Exhibit 1**, however I have redacted Dr. Godleski's email address, telephone number, and cell phone number for his privacy. Should the Court or counsel in this case wish to have his contact information, or view an unredacted version of this report, it is available upon request.

7. On March 7, 2017, I accessed the below URLs through the web browser on my computer at the offices of Randazza Legal Group, PLLC at 4035 S. El Capitan Way, Las Vegas, Nevada 89147. Upon viewing each URL, I saved a true and correct version of the webpage to a PDF using the browser's built-in PDF-saving process, or through the Google Chrome extension "Awesome Screenshot", both of which preserve the content of the webpage while converting it

into a PDF-viewable image. Each exhibit noted below is a true and correct copy of the webpage as I viewed it on March 7, 2017, and is attached to Defendants Honest Reviews, LLC and Ryan Monahan's Emergency Motion to Stay and Dissolve Temporary Restraining Order.

    **Exhibit 4:** "Powder used in Purple mattress?", THE MATTRESS UNDERGROUND (Jun. 30, 2016) <https://www.themattressunderground.com/mattress-forum/general-mattresses/19800-powder-used-in-purple-mattress.html>

    **Exhibit 5:** Andrew, "GhostBed vs Purple Mattress Review", MEMORY FOAM TALK, <http://www.memoryfoamtalk.com/ghostbed-vs-purple-review/>

    **Exhibit 6:** "Purple Mattress Unboxing" sleepopolis. <http://sleepopolis.com/blog/purple-mattress-unboxing/>

    **Exhibit 8:** Tim Cushing, "Utah Judge Won't Let The Constitution Get In The Way Of A Little Prior Restraint", TECHDIRT (Mar. 6, 2017) <https://www.techdirt.com/articles/20170304/17525336840/utah-judge-wont-let-constitution-get-way-little-prior-restraint.shtml>

8. On March 9, 2017, I accessed the below URLs through the web browser on my computer at the offices of Randazza Legal Group, PLLC at 4035 S. El Capitan Way, Las Vegas, Nevada 89147. Upon viewing each URL, I saved a true and correct version of the webpage to a PDF using the browser's built-in PDF-saving process, or through the Google Chrome extension "Awesome Screenshot", both of which preserve the content of the webpage while converting it into a PDF-viewable image. Each exhibit noted below is a true and correct copy of the webpage as I viewed it on March 9, 2017, and is attached to Defendants Honest Reviews, LLC and Ryan Monahan's Emergency Motion to Stay and Dissolve Temporary Restraining Order.

    **Exhibit 2:** "Poly(ethene) (Polyethylene)" <http://www.essentialchemicalindustry.org/polymers/polyethene.html>

    **Exhibit 3:** David Perry, "Purple's clever egg test racks up online views, wins fans", Furniture Today (Mar. 14, 2016) <http://www.furnituretoday.com/blogpost/14157-purples-clever-egg-test-racks-online-views-wins-fans>

. . .

- 5 -

**Exhibit 7:** Holly Fletcher, "Is the ColorRun Hazardous to Your Health", May 8, 2014 <https://younghygienist.com/2014/05/08/is-the-colorrun-hazardous-to-your-health/>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 9, 2017.

*/s/ Trey A. Rothell*

Trey A. Rothell

RANDAZZA | LEGAL GROUP