# **EXHIBIT A**

Images of Purple Mattress











