Phillip S. Ferguson (Utah Bar No. 1063)
Heather L. Thuet (Utah Bar No. 10106)
Bryson R. Brown (Utah Bar No. 14146)
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84101
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472
phillip.ferguson@chrisjen.com
heather.thuet@chrisjen.com
bryson.brown@chrisjen.com
*Attorneys for Defendant Ghostbed*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>HONEST REVIEW, LLCS, a Florida corporation, RYAN MONAHAN, an individual, and GHOSTBED, a Delaware corporation,<br><br>    Defendants. | **ORDER FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:17-cv-00138<br><br>Judge: Dee Benson |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCivR 83-1.1(d), the motion for the admission pro hac vice of Ethan Horwitz in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this 13th day of March, 2017.

BY THE COURT:

The Honorable Dee Benson
U.S. District Court, Central Division