Purple Innovations, LLC, et. al., Plaintiff(s)
vs.
Honest Revews, LLC, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 144670-0006

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Honest Review, LLC, c/o Ryan Monahan, Registered Agent
Court Case No. 2:17-cv-138 PMW

MAGLEBY CATAXINOS & GREENWOOD
Ms. Janae Kidd
170 S. Main St., Ste. 1100
Salt Lake City, UT 84101

State of: **Florida** ) ss.
County of: **Palm Beach** )
Name of Server: **Donna Miller**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3rd** day of **March**, 20 **17**, at **2:01** o'clock **P** M

Place of Service: at **900 N. Federal Hwy, Suite 220**, in **Boca Raton, FL 33423**

Documents Served: the undersigned served the documents described as:
Cover Letter; Summon in a Civil Action; Complaint and Demand for Jury Trial;
Motion for Temporary Restraining Order; Temporary Restraining Order
Temporary Restraining Order issued March 2, 2017

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Honest Review, LLC, c/o Ryan Monahan, Registered Agent

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Ryan Monahan - In-Hand**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **32** ; Approx. Height **5'9"** ; Approx. Weight **170**

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **14** day of **March**, 20**17**

Notary Public                (Commission Expires)

JONATHAN LEVY
MY COMMISSION # FF974718
EXPIRES March 23, 2020
(407) 398-0153    FloridaNotaryService.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

PURPLE INNOVATIONS, LLC, A Delaware limited liability company,

*Plaintiff(s)*

v.

HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, INC., a Delaware corporation,

*Defendant(s)*

Civil Action No. 2:17-cv-138 PMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Honest Review, LLC
c/o Ryan Monahan (Registered Agent)
900 N. Federal HWY
Suite 220
Boca Raton, FL 33423

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James E. Magleby, Christine T. Greenwood & Adam Alba
Magleby Cataxinos & Greenwood
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

D. Mark Jones
*CLERK OF COURT*

Michelle Sheppick

*Signature of Clerk or Deputy Clerk*

Date: 02/27/2017

Civil Action No. 2:17-cv-138

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: