James E. Magleby (7247)
  magleby@mcgiplaw.com
Christine T. Greenwood (8187)
  greenwood@mcgiplaw.com
Adam Alba (13128)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovation, LLC

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| PURPLE INNOVATION, LLC, A Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, a Delaware corporation,<br><br>Defendants. | *EX PARTE* **MOTION TO FILE UNDER SEAL – OPPOSITION TO DEFENDANTS' MOTION TO EXTEND DUE DATE FOR REPLY IN SUPPORT OF HONEST REVIEWS, LLC AND RYAN MONAHAN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Case No.: 2:17-cv-00138-DB<br><br>Honorable Dee Benson |

Pursuant to DUCivR 5-2, Plaintiff Purple Innovation, LLC ("Plaintiff" or "Purple"), by and through its counsel of record MAGLEBY CATAXINOS & GREENWOOD, hereby moves the Court for leave to file under seal its Opposition to Defendant's Motion to Extend Due Date for Reply in Support of Honest Reviews, LLC and Ryan Monahan's Motion to Dismiss for Lack of Personal Jurisdiction (the "Opposition").

DUCivR 5-2(a) provides that "[o]n motion of a party and a showing of good cause, a judge may order a . . . document filed in a civil case to be sealed." In this matter, good cause exists to seal Plaintiff's Opposition. The Opposition and its exhibits contain information that is highly confidential. Indeed, many of the exhibits contain "sensitive technical information, including . . . manufacturing information . . . [and] technical analyses" related to Purple's products. [Standard Protective Order, § 2(b)]. Accordingly, these documents have been designated CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY pursuant to the Standard Protective Order. To maintain the confidentiality of such documents, and the confidentiality of Purple's proprietary manufacturing methods, the Opposition should be filed under seal. A proposed order is attached and emailed to chambers.

Pursuant to DUCivR 5-2(e)(3), counsel certifies that the Opposition and the exhibits are entitled to protection under the terms of the Standard Protective Order. Counsel further certifies that the Opposition contains such an abundance of confidential information that filing a redacted version would not be meaningful.

DATED this 2nd day of May, 2017.

**MAGLEBY CATAXINOS & GREENWOOD**

_____
James E. Magleby
Christine T. Greenwood
Adam Alba
*Attorneys for Plaintiff Purple Innovation, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that, pursuant to Rule 5 of the Federal Rules of Civil Procedure, I served a true and correct copy of the foregoing ***EX PARTE* MOTION TO FILE UNDER SEAL – OPPOSITION TO DEFENDANTS' MOTION TO EXTEND DUE DATE FOR REPLY IN SUPPORT OF HONEST REVIEWS, LLC AND RYAN MONAHAN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** upon the following via ECF and/or electronic mail this 2nd day of May, 2017:

Marc J. Randazza
 mjr@randazza.com
RANDAZZA GROUP, LLM
4035 South El Capitan Way
Las Vegas, NV 89147

W. Andrew McCullough
 wandrew48@ymail.com
W. ANDREW MCCULLOUGH, LLC
6885 South State Street, Suite 200
Midvale, Utah 84047

D. Gill Spierlin (*pro hic vice*)
 dgs@randazza.com
RANDAZZA GROUP, LLM
345 Grove Street
San Francisco, CA 94102

*Attorneys for Defendants Honest Reviews,
  LLC and Ryan Monahan*

Ethan Horwitz
 ehorwitz@carltonfields.com
Eleanor M. Yost
 eyost@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
The Chrysler Building
405 Lexington Ave
New York, NY 10174-0002

*Attorneys for GhostBed, Inc.*

Kathryn Tunacik Smith
 ksmith@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111

*Attorneys for Defendant Ghostbed, Inc.*



_____