James E. Magleby (7247)
  magleby@mcgiplaw.com
Christine T. Greenwood (8187)
  greenwood@mcgiplaw.com
Adam Alba (13128)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovation, LLC

---

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURPLE INNOVATION, LLC, A Delaware limited liability company,**<br><br>　　　**Plaintiff,**<br>**v.**<br><br><br>**HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, a Delaware corporation,**<br><br>　　　**Defendants.** | **ORDER GRANTING *EX PARTE* MOTION TO FILE UNDER SEAL – OPPOSITION TO DEFENDANTS' MOTION TO EXTEND DUE DATE FOR REPLY IN SUPPORT OF HONEST REVIEWS, LLC AND RYAN MONAHAN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br><br>**Case No.:  2:17-cv-00138-DB**<br><br>**Honorable Dee Benson** |

Based upon the *Ex Parte* Motion for Leave to File Under Seal – Opposition to

Defendant's Motion to Extend Due Date for Reply in Support of Honest Reviews, LLC

and Ryan Monahan's Motion to Dismiss for Lack of Personal Jurisdiction, the Court hereby ORDERS:

        1.      The *Ex Parte* Motion for Leave to File Under Seal – Opposition to Defendant's Motion to Extend Due Date for Reply in Support of Honest Reviews, LLC and Ryan Monahan's Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED.

        2.      The Opposition to Defendant's Motion to Extend Due Date for Reply in Support of Honest Reviews, LLC and Ryan Monahan's Motion to Dismiss for Lack of Personal Jurisdiction is SEALED.

        DATED this 3rd day of May, 2017.

BY THE COURT

_Dee Benson_
_____

**Honorable Dee Benson**