Marc J. Randazza (*pro hac vice*)
D. Gill Sperlein (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Telephone: (702) 420-2001
Facsimile: (305) 437-7662
ecf@randazza.com

W. Andrew McCullough (2170)
6885 S State Street, Suite 200
Midvale, Utah 84047
Telephone: (801) 565-0894
Facsimile: (801) 565-1099
wandrew48@ymail.com

*Attorneys for Honest Reviews, LLC
and Ryan Monahan*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, INC., a Delaware corporation,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DUE DATE FOR REPLY IN SUPPORT OF HONEST REVIEWS, LLC AND RYAN MONAHAN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Case No.: 2:17-cv-00138-PMW<br><br>Honorable Dee Benson |

Defendants Honest Reviews, LLC and Ryan Monahan, have moved to extend by 31 days the due date for their Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction, from May 5, 2016 to June 5, 2016. Having reviewed and considered the Motion and finding good cause therefore, the Motion is hereby **GRANTED**.

DATED this 3rd day of May, 2017.

UNITED STATES DISTRICT COURT

**HONORABLE DEE BENSON**