James E. Magleby (7247)
  magleby@mcgiplaw.com
Christine T. Greenwood (8187)
  greenwood@mcgiplaw.com
Adam Alba (13128)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovation, LLC

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **PURPLE INNOVATION, LLC**, A Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>**HONEST REVIEWS, LLC**, a Florida Corporation, **RYAN MONAHAN**, an individual, and **GHOSTBED**, a Delaware corporation,<br><br>Defendants. | **NOTICE OF CONVENTIONAL FILING OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY, AND SCHEDULING CONFERENCE**<br><br><br>Case No.: 2:17-cv-00138-DB<br><br>Honorable Dee Benson |

Plaintiff Purple Innovation, LLC ("Plaintiff" or "Purple"), by and through its counsel of record MAGLEBY CATAXINOS & GREENWOOD, hereby gives notice that it filed its Motion for Temporary Restraining Order, Preliminary Injunction, Expedited Discovery, and Scheduling Conference (the "Motion"), conventionally on May 24, 2017. Pursuant to the *Ex Parte* Motion for Leave to File Under Seal Motion for Temporary Restraining Order, Preliminary Injunction, Expedited Discovery, and Scheduling Conference, Purple has

filed the Motion conventionally and under seal. Plaintiff will file a redacted version of the Motion within the time allowed under DUCivR 5-2(e)(1)(B).

DATED this 24th day of May, 2017.

MAGLEBY CATAXINOS & GREENWOOD

_____
James E. Magleby
Christine T. Greenwood
Adam Alba
*Attorneys for Plaintiff Purple Innovation, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that, pursuant to Rule 5 of the Federal Rules of Civil Procedure, I served a true and correct copy of the foregoing **NOTICE OF CONVENTIONAL FILING OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY, AND SCHEDULING CONFERENCE** upon the following via ECF this 24th day of May, 2017:

Marc J. Randazza
 mjr@randazza.com
RANDAZZA GROUP, LLM
4035 South El Capitan Way
Las Vegas, NV 89147

W. Andrew McCullough
 wandrew48@ymail.com
W. ANDREW MCCULLOUGH, LLC
6885 South State Street, Suite 200
Midvale, Utah 84047

D. Gill Spierlin (*pro hic vice*)
 dgs@randazza.com
RANDAZZA GROUP, LLM
345 Grove Street
San Francisco, CA 94102

*Attorneys for Defendants Honest Reviews, LLC and Ryan Monahan*

Ethan Horwitz
 ehorwitz@carltonfields.com
Eleanor M. Yost
 eyost@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
The Chrysler Building
405 Lexington Ave
New York, NY 10174-0002

*Attorneys for GhostBed, Inc.*

Kathryn Tunacik Smith
 ksmith@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111

*Attorneys for Defendant Ghostbed, Inc.*

/s/ Zoe Perry