# Exhibit 10

GET YOUR PRODUCT REVIEWED    VISIT HONEST REVIEWS UK

**Honest Reviews**

The Most Comfortable Bed
Read the Honest Review now   nectarsleep.com

| Home | Reviews | Customer Reviews | Pillows | Sleep Tech | Pet | Coupons | Industry Talk | News |

Home > Industry News > Purple vs GhostBed Mattress Comparison

INDUSTRY NEWS   MATTRESS COMPARISONS

# Purple vs GhostBed Mattress Comparison

By honest mattress reviews   ⏱ 5 min read



Purple vs GhostBed Mattress Comparison

The Most Comfortable Bed
Read the Honest Review now   nectarsleep.com

846 SHARES   Facebook | Twitter | Google+ | Pinterest | LinkedIn

## Round 1 | Mattress Quality + Support Value

| PURPLE VS GHOSTBED MATTRESS QUALITY + SUPPORT VALUE | | |
|---|---|---|
| ROUND ONE | purple | GHOSTBED |
| Top Layer | 2" Polymer | 1.5" Latex Foam |
| Middle Layer | 3" Polyurethane Foam | 2" Gel Memory Foam |
| Bottom Layer | 4" Polyurethane Foam | 7.5" High Density Support Foam |
| Cover Material Rating | 9 /10 | 9 /10 |
| Total Mattress Height | 9.5" Height | 11" Height |
| Firmness Rating | 6.4 /10 | 6.7 /10 |
| Support Rating | Up To 300 Per Side | Up To 400 Per Side |
| Reduced Motion Transfer Rating | 8 /10 | 9 /10 |
| ROUND ONE SCORE | 7.8 PTS | 9 PTS |

**Round 1 Summary:** We really liked both mattresses here. One has a unique approach to what creates comfort in the form of a rubber-like polymer (Purple) while the other has 15+ years of high-end mattress creation experience. Round one really comes down to quality and support values. GhostBed's 1.5″ additional height makes a huge difference in weight distribution. This means if you're a heavier individual you will have more support on the GhostBed. Purple's 2 polyurethane foam layers are basically just different density base filler foams. The GhostBed mattress has two layers of technology in cooling and memory foam.

| Visit OnPurple.com | Visit GhostBed.com |
| Our Purple Review | Our GhostBed Review |
| Not Available On Amazon | Amazon Reviews |

## Round 2 | Cooling + Comfort

| PURPLE VS GHOSTBED MATTRESS COOLING + COMFORT | | |
|---|---|---|
| ROUND TWO | purple | GHOSTBED |
| Cover Cooling Rating | 7.9 /10 | 7.5 /10 |
| Foam Cooling Rating | 7.2 /10 | 8 /10 |

### Sidebar


120 Days of Less Back Pain — Saatva

**DID YOU SEE THIS?**


Denver Mattress Company Selling Rest Bed


All The Best Discounts And Promotions


Share Your News With Our Audience — Honest PR Platform

**STAY CONNECTED**


Honest Mattress Reviews — 2,165 likes

Case 2:17-cv-00138-DB-DBP   Document 133-10   Filed 06/22/17   Page 3 of 5



| | | Purple | GhostBed |
|---|---|---|---|
| | Overall Cooling Rating | 7.6 /10 | 7.75 /10 |
| | Child's Comfort Rating | 8 /10 | 8 /10 |
| | Teen's Comfort Rating | 9 /10 | 8 /10 |
| | Millennial's Comfort Rating | 8 /10 | 9 /10 |
| | Gen X's Comfort Rating | 7 /10 | 7 /10 |
| | Baby Boomer's Comfort Rating | 6 /10 | 7.5 /10 |
| | Light Weight Comfort Rating | 8 /10 | 7 /10 |
| | Average Weight Comfort Rating | 7 /10 | 8 /10 |
| | Heavy Weight Comfort Rating | 6 /10 | 9 /10 |
| | **ROUND TWO SCORE** | **7.9 PTS** | **8 PTS** |

**Round 2 Summary:** This comparison required a large group of testers to provide the most accurate comparison data.  For each segment, we tested ten different people for each age category.  This provided us the ability to find the average total combined scores.  The key takeaway from round two is that both mattresses provide great cooling and comfort.

Visit OnPurple.com     Visit GhostBed.com

Our Purple Review     Our GhostBed Review

Not Available On Amazon     Amazon Reviews

## Round 3 | Cost Value + Sleep Trial



| ROUND THREE | purple | GHOSTBED |
|---|---|---|
| Twin | Not Offered | $495 |
| Twin XL | $699 | $600 |
| Full | Not Offered | $675 |
| Queen | $999 | $750 |
| King | $1299 | $900 |
| California King | Not Offered | $925 |
| Sleep Trial Duration | 100 Nights | 101 Nights |
| Sleep Trial Rating | 8 /10 | 8 /10 |
| Free Shipping | Yes | Yes |
| Free Returns | Yes | Yes |
| Warranty Duration | 10 Years | 20 Years |
| Warranty Duration Rating | 6 /10 | 10 /10 |
| **ROUND THREE SCORE** | **6 PTS** | **10 PTS** |

**Round 3 Summary:** This rating is all based on protecting your investment.  GhostBed is clearly better priced while providing a longer warranty.  After researching over 40+ mattresses on the market the GhostBed provides the longest warranty on the market.  Both mattresses provide a quality night's sleep but the score here clearly reflects the better investment.

Visit OnPurple.com     Visit GhostBed.com

Our Purple Review     Our GhostBed Review

Not Available On Amazon     Amazon Reviews

## GhostBed vs Leesa Mattress Comparision

| PURPLE VS GHOSTBED COMPARISON RATING | | |
|---|---|---|
| | purple | GHOSTBED |
| **FINAL SCORE** | 22 /30 | 27 /30 |

**Overall Summary:** Purple has become a brand we've come to love from a creative standpoint because of their viral videos.  GhostBed comes from Nature's Sleep, a high-end brand selling to companies like Macy's and Wayfair.  In this comparison, experience beats marketing when evaluating the complete overall value.



©2016-2017 Copyright honest reviews, llc. All Rights Reserved. Privacy Policy | Disclaimer | DMCA | Terms of Service