James E. Magleby (7247)
  magleby@mcgiplaw.com
Christine T. Greenwood (8187)
  greenwood@mcgiplaw.com
Adam Alba (13128)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovations, LLC

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **PURPLE INNOVATIONS, LLC, A Delaware limited liability company,**<br><br>    Plaintiff,<br>v.<br><br>**HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, a Delaware corporation,**<br><br>    Defendants. | ORDER GRANTING *EX PARTE* MOTION TO SUBMIT OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF INJUNCTION MOTION<br><br><br><br>Case No.: 2:17-cv-00138-PMW<br><br>Honorable Dee Benson |

Based upon the *Ex Parte* Motion for Leave to Submit Overlength Reply Memorandum in Support of Injunction Motion (the "Motion"), and for good cause shown, the Court hereby grants Motion. Plaintiff is permitted to submit a single reply that has 21 pages of argument.

DATED this 26th day of June, 2017.

2

UNITED STATES DISTRICT COURT

*Dee Benson* (signature)

_____

**Honorable Dee Benson**