# Exhibit 4

# Meet and Confer E-Mail Exchange

**Kennedy K. Luvai**

| | |
|---|---|
| **From:** | Adam Alba <alba@mcgiplaw.com> |
| **Sent:** | Thursday, September 28, 2017 4:57 PM |
| **To:** | Yost, Eleanor M.; Karmen Schmid (kschmid@strongandhanni.com) |
| **Cc:** | James E. Magleby; Christine T. Greenwood; Horwitz, Ethan |
| **Subject:** | RE: Purple v. HMR - Purple's Discovery Requests to GhostBed |
| **Attachments:** | ACH005225-ACH005229.pdf |

Eleanor,

The spreadsheet appears to be an accurate reflection of emails on the Achieve system. Many of the emails referenced in the spreadsheet, if not all of them, were also recently produced by Achieve. For example, the attached email is referenced in the spreadsheet and was produced by Achieve. Accordingly, we have no reason to believe that the spreadsheet is inaccurate. Troublingly, the attached document was not produced by GhostBed. Given GhostBed's failure to produce this and other documents referenced in the spreadsheet, we have reason to believe that GhostBed has either intentionally withheld responsive and relevant documents, or that GhostBed has destroyed responsive and relevant documents. Either situation is problematic.

Given the circumstances, we simply cannot wait for documents to be produced in "due course." Thus, we request that GhostBed either give us a date certain on which it will produced the missing documents, or confirm that no documents are forthcoming. If we have no heard back by the close of business tomorrow, then we'll have no choice but to seek relief from the Court.

Regards,

Adam Alba

**MCG** | Magleby Cataxinos Greenwood

170 South Main Street, Suite 1100
Salt Lake City, Utah 84101
Telephone:801.359.9000
Facsimile:801.359.9011
alba@mcgiplaw.com
www.mcgiplaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** Yost, Eleanor M. [mailto:EYost@carltonfields.com]
**Sent:** Thursday, September 28, 2017 1:32 PM
**To:** Adam Alba ; Karmen Schmid (kschmid@strongandhanni.com)
**Cc:** James E. Magleby ; Christine T. Greenwood ; Horwitz, Ethan
**Subject:** RE: Purple v. HMR - Purple's Discovery Requests to GhostBed

Adam,

1

Your email assumes that ACH004571—which is a document produced by third-party Achieve, not GhostBed—accurately represents a spreadsheet describing GhostBed emails. But, none of us know if that is actually the case. In fact, many of the entries on the table your firm created and labeled Exhibit 195 appear to be Facebook posts dated after the litigation began. The relevance of this document therefore appears to be marginal at best. Regardless, and without waiving any objection we may have to ACH004571, we are investigating further to determine whether GhostBed is in possession of additional documents to be produced, and if so, we will produce them in due course.

**Eleanor M Yost**
Attorney at Law | Carlton Fields
Direct: 813.229.4395 | Fax: 813.229.4395
EYost@carltonfields.com

---

**From:** Adam Alba [mailto:alba@mcgiplaw.com]
**Sent:** Thursday, September 28, 2017 3:09 PM
**To:** Yost, Eleanor M.; Karmen Schmid (kschmid@strongandhanni.com)
**Cc:** James E. Magleby; Christine T. Greenwood; Horwitz, Ethan; Adam Alba
**Subject:** RE: Purple v. HMR - Purple's Discovery Requests to GhostBed

Eleanor, Karmen,

I haven't heard a response from either of you regarding my request below. Are any additional GhostBed documents forthcoming?

Regards,


Adam Alba

**MCG** Magleby Cataxinos Greenwood

170 South Main Street, Suite 1100
Salt Lake City, Utah 84101
Telephone:**801.359.9000**
Facsimile:**801.359.9011**
alba@mcgiplaw.com
www.mcgiplaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

---

**From:** Adam Alba
**Sent:** Wednesday, September 20, 2017 11:45 AM
**To:** Yost, Eleanor M. <EYost@carltonfields.com>; Karmen Schmid (kschmid@strongandhanni.com) <kschmid@strongandhanni.com>
**Cc:** James E. Magleby <magleby@mcgiplaw.com>; Christine T. Greenwood <greenwood@mcgiplaw.com>; Horwitz, Ethan <EHorwitz@carltonfields.com>
**Subject:** Purple v. HMR - Purple's Discovery Requests to GhostBed

Eleanor, Karmen,

As reflected in the spreadsheet labeled ACH004571, which we marked as Exhibit 195 at the hearing on Saturday, and which should appear in the disc we provided to you on Saturday, it does not appear that GhostBed/Nature's Sleep has produced all relevant documents responsive to Purple's discovery requests. For example, the spreadsheet contains references to dozens (if not hundreds) of emails sent or received by employees of GhostBed/Nature's Sleep that relate to Honest Mattress Reviews. Additionally, the spreadsheet references communications between Monahan and Werner that are critical to the issues, namely, Monahan's connection to GhostBed. However, GhostBed has only produced a small handful of the communications referenced in the spreadsheet. Accordingly, we request that GhostBed produce all of the emails referenced in the spreadsheet that are responsive to Purple's discovery requests, namely, communications "referencing Monahan [and] Honest Reviews," and communications "between [GhostBed], [and] Nature's Sleep, on one hand, and Monahan . . . on the other hand," which documents responsive to Purple's request nos. 3 and 5. We request that GhostBed produce the documents as soon as possible, but no later than September 27, 2017. Please call me if you'd like to discuss further or if you have any questions.

Thanks,