James E. Magleby (7247)
  magleby@mcgiplaw.com
Christine T. Greenwood (8187)
  greenwood@mcgiplaw.com
Adam Alba (13128)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovation, LLC

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **PURPLE INNOVATION, LLC,** A Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>**HONEST REVIEWS, LLC,** a Florida Corporation, **RYAN MONAHAN,** an individual, and **GHOSTBED, INC.,** a Delaware corporation,<br><br>Defendants. | **PLAINTIFF'S MOTION TO FOR LEAVE TO FILE UNDER SEAL EXHIBIT 2 to PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS**<br><br><br><br>Case No.: 2:17-cv-00138-DB<br><br>Honorable Dee Benson |

Plaintiff Purple Innovation, LLC ("Plaintiff" or "Purple"), by and through its counsel of record MAGLEBY CATAXINOS & GREENWOOD, respectfully moves the Court for leave to filed under seal Exhibit 2 to Plaintiff's Reply in Support of Motion for Sanctions.

Exhibit 2 is a compilation of emails produced by third-party Achieve Agency ("Achieve") in response to a subpoena from Purple, and two documents produced by Defendant GhostBed, Inc ("GhostBed"). Both Achieve and GhostBed have designated

their respective documents in the compilation as "CONFIDENTIAL" under the terms of the Court's Standard Protective Order. Accordingly, to honor Achieve's and GhostBed's designations, Purple seeks leave to file its Exhibit 2 conventionally and under seal.

A proposed order is filed concurrently with this motion.

DATED this 11th day of December, 2017.

**MAGLEBY CATAXINOS & GREENWOOD**

_____
James E. Magleby
Christine T. Greenwood
Adam Alba
*Attorneys for Plaintiff Purple Innovation, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that, pursuant to Rule 5 of the Federal Rules of Civil Procedure, I served a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO FOR LEAVE TO FILE UNDER SEAL EXHIBIT 2 to PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS** upon the following via CM/ECF System this 11th day of December, 2017:

Marc J. Randazza
  mjr@randazza.com
  ecf@randazza.com
Ronald D. Green
  rdg@randazza.com
RANDAZZA GROUP, LLM
4035 South El Capitan Way
Las Vegas, NV 89147

D. Gill Sperlein
  dgs@randazza.com
RANDAZZA GROUP, LLM
345 Grove Street
San Francisco, CA 94102

W. Andrew McCullough
  wandrew48@ymail.com
W. ANDREW MCCULLOUGH, LLC
6885 South State Street, Suite 200
Midvale, Utah 84047

*Attorneys for Defendants Honest Reviews, LLC
  and Ryan Monahan*

Ethan Horwitz
  ehorwitz@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
The Chrysler Building
405 Lexington Ave
New York, NY 10174-0002

Eleanor M. Yost
  eyost@carltonfields.com
  DLGhostBed-Utah@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
1025 Thomas Jefferson St. NW, Ste. 400 West
Washington, DC 20007-5208

Kathryn Tunacik Smith
  ksmith@strongandhanni.com
Karmen C. Schmid
  kschmid@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111

Francis M. Wikstrom
  FWikstrom@parsonsbehle.com
Juliette P. White
  JWhite@parsonsbehle.com
Kennedy K. Luvai
  KLuvai@parsonsbehle.com
  ecf@parsonsbehle.com
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys for Defendant GhostBed, Inc.*

