**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**January 9, 2018**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company, | |
| Plaintiff Counter Defendant - Appellee, | |
| v. | No. 17-4165 (D.C. No. 2:17-CV-00138-DB) |
| HONEST REVIEWS, LLC, a Florida corporation; RYAN MONAHAN, an individual, | |
| Defendants, | |
| and | |
| GHOSTBED, INC., a Delaware corporation, | |
| Defendant Counterclaimant - Appellant. | |

_____

## ORDER

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal.  A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk