James E. Magleby (7247)
  magleby@mcgiplaw.com
Christine T. Greenwood (8187)
  greenwood@mcgiplaw.com
Adam Alba (13128)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovation, LLC

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURPLE INNOVATION, LLC, A** Delaware limited liability company,<br><br>    Plaintiff,<br>v.<br><br>**HONEST REVIEWS, LLC**, a Florida Corporation, **RYAN MONAHAN**, an individual, **GHOSTBED, INC.**, a Delaware corporation, **MARC WERNER**, an individual, **ASHLEY WERNER**, an individual, **WERNER MEDIA PARTNERS, LLC**, d/b/a **NATURE'S SLEEP, LLC**, an Illinois limited liability company, and **SOCIAL MEDIA SHARKS, LLC**, a Florida limited liability company,<br><br>    Defendants. | **MOTION TO ESTABLISH AMOUNT OF ATTORNEYS' FEES AND COSTS AWARDED AS SANCTIONS AGAINST DEFENDANTS GHOSTBED, INC., RYAN MONAHAN, AND HONEST REVIEWS, LLC**<br><br><br><br><br><br><br><br><br><br>**Case No.: 2:17-cv-00138-DB**<br><br>**Honorable Dee Benson** |

Plaintiff Purple Innovation, LLC ("Plaintiff" or "Purple"), by and through its counsel of record MAGLEBY CATAXINOS & GREENWOOD, respectfully moves the Court to establish the amount of attorneys' fees and costs awarded to Purple as sanctions against Defendants GhostBed, Inc., Ryan Monahan, and Honest Mattress Reviews, LLC (collectively, "Defendants") under the Court's February 12, 2018 Memorandum Decision and Order (the "Sanctions Order"). [Dkt. No. 292].

District courts have "broad discretion to calculate fee awards" granted as sanctions under their inherent powers. *Goodyear Tire & Rubber Co. v. Haeger*, 137 S. Ct. 1178, 1184 (2017). Fees and costs awarded as sanctions should be limited to those reasonably incurred as a result of the sanctioned parties' bad faith conduct. *See id.*

The Sanctions Order in this case limits the recoverable amount of attorney's fees and costs to those incurred by Purple in pursuing (1) Purple's second Motion for Preliminary Injunction [Dkt. No. 115] (the "PI Motion") and (2) its Motion for Sanctions [Dkt. No. 222] (the "Sanctions Motion"). As the Court has already determined, those fees and costs would not have been incurred but for the sanctioned conduct in this case, i.e., the misrepresentations and half-truths told by Marc Werner and Ryan Monahan at the outset of this case. Moreover, as set forth in the Declaration of Christine T. Greenwood attached as Exhibit 1, the attorneys' fees reasonably incurred by Purple in connection with the Second Preliminary Injunction Motion and the Sanctions Motion have been properly allocated to include only tasks associated with the pursuit of the motions. As indicated in the declaration, Purple seeks attorneys' fees and costs in the amount of $252,226.25.

In conclusion, Purple respectfully requests that the Court award Purple $252,226.25 in attorneys' fees for the sanctions granted under the Sanctions Order.

DATED this 22nd day of March, 2018.

**MAGLEBY CATAXINOS & GREENWOOD**

*/s/* Christine T. Greenwood

James E. Magleby
Christine T. Greenwood
Adam Alba
*Attorneys for Plaintiff Purple Innovation, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that, pursuant to Rule 5 of the Federal Rules of Civil Procedure, I served a true and correct copy of the foregoing **MOTION TO ESTABLISH AMOUNT OF ATTORNEYS' FEES AND COSTS AWARDED AS SANCTIONS AGAINST DEFENDANTS GHOSTBED, INC., RYAN MONAHAN, AND HONEST REVIEWS, LLC** upon the following via ECF this 22nd day of March, 2018:

Ethan Horwitz
  ehorwitz@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0002

Eleanor M. Yost
  eyost@carltonfields.com
  DLGhostBed-Utah@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 33607-5780

Kathryn Tunacik Smith
  ksmith@strongandhanni.com
Karmen C. Schmid
  kschmid@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111

Francis M. Wikstrom
  FWikstrom@parsonsbehle.com
Juliette P. White
  JWhite@parsonsbehle.com
Kennedy K. Luvai
  KLuvai@parsonsbehle.com
  ecf@parsonsbehle.com
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys for Defendant GhostBed, Inc.*

Marc J. Randazza
  mjr@randazza.com
  ecf@randazza.com
Ronald D. Green
  rdg@randazza.com
RANDAZZA GROUP, PLLC
4035 South El Capitan Way
Las Vegas, NV 89147

D. Gill Sperlein
  dgs@randazza.com
RANDAZZA GROUP, LLM
345 Grove Street
San Francisco, CA 94102

W. Andrew McCullough
  wandrew48@ymail.com
W. ANDREW MCCULLOUGH, LLC
6885 South State Street, Suite 200
Midvale, UT 84047

*Attorneys for Defendants Honest Reviews, LLC and Ryan Monahan*

/s/ Janae Kidd

4