FRANCIS M. WIKSTROM, USB #3462
JULIETTE P. WHITE, USB #9616
KENNEDY K. LUVAI, USB #14559
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
FWikstrom@parsonsbehle.com
JWhite@parsonsbehle.com
KLuvai@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants GhostBed, Inc., Marc Werner, Ashley Werner Spahic, and Werner Media Partners, LLC d/b/a Nature's Sleep, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATION, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HONEST REVIEWS, LLC, a Florida corporation, RYAN MONAHAN, an individual, and GHOSTBED, INC., a Delaware corporation, MARC WERNER, an individual, ASHLEY WERNER SPAHIC, an individual, WERNER MEDIA PARTNERS, LLC, d/b/a NATURE'S SLEEP, LLC, an Illinois limited liability company, and SOCIAL MEDIA SHARKS, LLC, a Florida limited liability company.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO PLAINTIFF'S MOTION FOR ATTORNEY FEES**<br><br>Case No. 2:17-cv-00138-DB-DBP<br><br>The Honorable Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

Based upon the Stipulated Motion for Extension of Time to File Response to Plaintiff's Motion for Attorney Fees, and for good cause shown, the Court **GRANTS** the Motion. Defendant GhostBed, Inc., and defendants Honest Reviews, LLC and Ryan Monahan are hereby permitted to submit their Responses to the Motion for Attorney Fees on or before April 19, 2018. Plaintiff Purple Innovation, LLC is hereby permitted to submit its Reply in support of its Motion for Attorney Fees on or before May 17, 2018.

DATED this 6th day of April, 2018.

UNITED STATES DISTRICT COURT

_____
Honorable Dustin B. Pead
U.S. Magistrate Judge