# Exhibit 3

| | |
|---|---|
| **From:** | Adam Alba |
| **Sent:** | Tuesday, July 10, 2018 5:24 PM |
| **To:** | D. Gill Sperlein; Marc Randazza |
| **Cc:** | James E. Magleby; Christine T. Greenwood |
| **Subject:** | Purple v. HMR - Violation of Injunction |
| **Attachments:** | HMR Screenshot.png |

Marc, Gil,

It appears that the HMR website has removed the court-ordered disclaimer from its header, as reflected in the attached screenshot from today.  This is in violation of Section III(A) of the Court's 9-22-17 Injunction.  Accordingly, we request that HMR/Monahan immediately replace the disclaimer on the HMR webpage and other social media as applicable.  If the disclaimer is not replaced by the close of business tomorrow then we will have no choice but to bring this matter to the Court for an order of contempt.

Regards,

Adam Alba

MCG | Magleby Cataxinos Greenwood

170 South Main Street, Suite 1100
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011
alba@mcgiplaw.com
www.mcgiplaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.  This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.




TODAY    TRY IN-STORE    MATTRESS    LEAVE REVIEW    INDUSTRY TALK    DEALS

21 NEW ARTICLES



**INDUSTRY NEWS**

# Wyndham Hotels Set Out to Engineer the Perfect Night's Sleep

By Honest Mattress Reviews    Posted June 2, 2018



**MATTRESS REVIEWS**



**INDUSTRY NEWS**



BEST HYBRID    ALEXANDER Hybrid nest bedding