+ Jordan Lee

351 W South Temple
Suite 10.420
Salt Lake City, UT 84101

17cv138

Dear Honorable Judge Dee Benson,

I understand your time is tremendously valuable so I'm sorry to take away from your schedule.

My fear is that if I do not find a means of delivering this to you, you might not recieve it.

I've printed out and hand wrote the notes to help make sense of everything.

I'm 100% at your disposal if you need more information regarding anything at all.

Attached is a copy of the (4) emails I've submitted to you **utdecf_benson@utd.uscourts.gov**.

I've included the sale of the website (HMR) to Brooklyn Bedding so I could pay my legal debt.

I've included the information that Purple has raised the issue with regarding the (2) other websites.

I do not own either of them. My partners for our daily job, Social Media Sharks, are the owners of that project with my wife. Due to the enormous problems I've caused my partners and Social Media Sharks I have no authority over these websites.

I've help with honestreview.com regarding editorial support but **not** in the mattress category.

Due to the lawsuit I'm not working on any of the mattress reviews. I'm focusing on tech, marketing and fitness.

Additionally, the original review sites I help deploy, (SmartChoiceCasinos.com - **started in 2014**) and (SportsBettingInsider.com - started in 2018) is where I've spent my free time. I'm passionate about journalism. I'm not passionate about casinos but we're one of three projects that's Legally approved from the DGE (department of gaming enforcement) to participate in revenue shares with the Casinos. This is due to an Ancillary license that website has.

We've actively participated in a speaking event in New York this past
My partner on this project is Ms. Melissa Blau. You will see her biography listed here on the event website as a speaker. (http://affiliatesummit.com/speakers/melissa-blau/)

Case Honest Mattress

Purple vs

Again, I humbly ask that you accept this information as I know it's not in the traditional format. It's my understanding per my attorney that I'm in full compliance with your court injunction order.

If there is ANYTHING at all I need to do, undo, change, alter, etc - I will do that immediately and without ANY argument.

I would settle with Purple tomorrow if that was a possibility. I flew to Mrs. Greenwood's office in Salt Lake and spent 6 hours answering every question they had. I did this because I would like a resolution. Not to fight. Not to argue. And not to cause any trouble for them, you or anyone else.

Thank you sir for your time.

Humbly,
Ryan Monahan

*Thankyou for your time.*

*Ryan Monahan*

*9/5/2018*

John 8:32