Marc J. Randazza (*pro hac vice*)
Ronald D. Green (*pro hac vice*)
D. Gill Sperlein (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: (702) 420-2001
ecf@randazza.com

W. Andrew McCullough (2170)
6885 S State Street, Suite 200
Midvale, Utah 84047
Telephone: (801) 565-0894
Facsimile:  (801) 565-1099
wandrew48@ymail.com

Attorneys for Honest Reviews, LLC
and Ryan Monahan

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, INC., a Delaware corporation,<br><br>Defendants. | **MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER TO SHOW CAUSE WHY THE MONAHAN DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S JULY 9, 2018 ORDER [342]**<br><br>Case No.: 2:17-cv-00138-DB<br><br>Honorable Dee Benson |

Defendants Honest Reviews, LLC ("HMR") and Ryan Monahan (collectively, "HMR Defendants") hereby file their motion for leave to file the attached proposed Sur-Reply in Support of their Opposition to Plaintiff Purple Innovations, LLC's ("Purple") Motion for Order to Show Cause Why the Monahan Defendants Should Not Be Held in Contempt for Violating the Court's July 9, 2018, Order (Dkt. No. 352). This motion is based on the following Memorandum of Points and Authorities, the proposed sur-reply attached as **Exhibit 1**, the papers and pleadings on file in this action, and any oral argument permitted by this Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

On August 9, 2018, Plaintiff Purple Innovations, LLC filed its Motion for Order to Show Cause Why the Monahan Defendants Should Not Be Held in Contempt for Violating the Court's July 9, 2018, Order [342] (Dkt. No. 352) (the "Motion"). HMR Defendants filed their Opposition on September 5, 2018 (Dkt. No. 360), and Plaintiff filed its reply in support of the Motion on September 19, 2018 (Dkt. No. 365).

While this Court's Local Rules do not allow for the filing of sur-replies as a matter of course, memoranda beyond a reply memorandum are permitted with leave of the Court. *See* L.R. 7-1(b)(2)(C). The Court should permit HMR Defendants to file the attached proposed sur-reply in support of their opposition to Plaintiff's Motion. This is because, as explained in the proposed sur-reply, Plaintiff's reply memorandum is based on the repeated mischaracterization of correspondence between counsel for the Parties, and Plaintiff falsely asserts that HMR Defendants have claimed that they have no intention of ever complying with the Court's July 9, 2018 order. This characterization is highly misleading, and HMR Defendants should be allowed to respond to it.

DATED this 19th day of September, 2018.

Respectfully submitted,

/s/ Ronald D. Green
Marc J. Randazza (*pro hac vice*)
Ronald D. Green (*pro hac vice*)
D. Gill Sperlein (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

W. Andrew McCullough (2170)
6885 S State Street, Suite 200
Midvale, Utah 84047

Attorneys for Honest Reviews, LLC
and Ryan Monahan

- 3 -

Case No. 2:17-cv-00138-DB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Sarah Dones-Caraballo
Employee,
Randazza Legal Group, PLLC

- 3 -