James E. Magleby (7247)
 magleby@mcgiplaw.com
Christine T. Greenwood (8187)
 greenwood@mcgiplaw.com
Adam Alba (13128)
 alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD, PC**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovation, LLC

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURPLE INNOVATION, LLC, A** Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>**HONEST REVIEWS, LLC**, a Florida Corporation, **RYAN MONAHAN**, an individual, **GHOSTBED, INC.**, a Delaware corporation, **MARC WERNER**, an individual, **ASHLEY WERNER**, an individual, and **SOCIAL MEDIA SHARKS, LLC**, a Florida limited liability company,<br><br>Defendants. | **NOTICE OF NON-OPPOSITION TO MOTION FOR LEASE TO FILE SUR-REPLY [367]**<br><br><br><br><br><br><br><br><br><br>Case No.: 2:17-cv-00138-DB<br><br>Honorable Dee Benson |

Plaintiff Purple Innovation, LLC ("Purple") hereby gives notice to the Court and the parties that it does not oppose the motion of Defendants Honest Reviews, LLC, and Ryan Monahan to file a sur-reply in support of their Opposition to Motion for Order to Show Cause Why the Monahan Defendants Should Not Be Held in Contempt for

Violating the Court's July 9, 2019 Order. *See* Doc. No. 367.  Although Purple disputes the content and merits of the sur-reply, *see* Doc. No. 367-1, Purple does not object to its filing.

DATED this 27th day of September, 2018.

**MAGLEBY CATAXINOS & GREENWOOD**

James E. Magleby
Christine T. Greenwood
Adam Alba
*Attorneys for Plaintiff Purple Innovation, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, PC, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that, pursuant to Rule 5 of the Federal Rules of Civil Procedure, I served a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO MOTION FOR LEASE TO FILE SUR-REPLY [367]** upon the following via CM/ECF System this  day of 27th day of September, 2018:

Ethan Horwitz
 ehorwitz@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0002

Angela T. Puentes-Leon
 apuentes-leon@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower
100 S.E. Second Street, STE 4200
Miami, FL  33131-2113

Kathryn Tunacik Smith
 ksmith@strongandhanni.com
Karmen C. Schmid
 kschmid@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111

Francis M. Wikstrom
 FWikstrom@parsonsbehle.com
Juliette P. White
 JWhite@parsonsbehle.com
Kennedy K. Luvai
 KLuvai@parsonsbehle.com
 ecf@parsonsbehle.com
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys for Defendant GhostBed, Inc.*

Marc J. Randazza
 mjr@randazza.com
 ecf@randazza.com
Ronald D. Green
 rdg@randazza.com
RANDAZZA GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

D. Gill Sperlein
 gill@sperleinlaw.com
SPERLEIN LAW
345 Grove Street
San Francisco, CA 94102

W. Andrew McCullough
 wandrew48@ymail.com
W. ANDREW MCCULLOUGH, LLC
6885 South State Street, Suite 200
Midvale, UT 84047

*Attorneys for Defendants Honest Reviews, LLC and Ryan Monahan*

/s/ Evan Gibson