Marc J. Randazza (*pro hac vice*)
D. Gill Sperlein (*pro hac vice*)
Ronald D. Green (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: (702) 420-2001

W. Andrew McCullough (2170)
6885 S State Street, Suite 200
Midvale, Utah 84047
Telephone: (801) 565-0894
Facsimile:  (801) 565-1099
wandrew48@ymail.com

*Attorneys for Honest Reviews, LLC
and Ryan Monahan*

RANDAZZA | LEGAL GROUP

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, INC., a Delaware corporation,<br><br>  Defendants. | **NOTICE OF MOOTNESS**<br><br>Case No.: 2:17-cv-00138-PMW<br><br>Honorable Dee Benson |

    Defendants Honest Reviews, LLC and Ryan Monahan, by and through their undersigned counsel hereby give notice to this Court that the Defendants have withdrawn their Amended Motion to Withdraw [Dkt. 363], as contemporaneously with this Notice, there is filed a notice of substitution of counsel, thereby making the motion moot.

DATED this 1st day of October, 2018.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (*pro hac vice*)
D. Gill Sperlein (*pro hac vice*)
Ronald D. Green (*pro hac vice)*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

W. Andrew McCullough (2170)
6885 S State Street, Suite 200
Midvale, Utah 84047

*Attorneys for Honest Reviews, LLC and Ryan Monahan*

- 3 -

Case No. 2:17-cv-00138-PMW

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1st, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Sarah Dones-Caraballo
Employee,
Randazza Legal Group, PLLC