Charles Mudd
Name

311 Main Street, P.O. Box 1553
Address

Park City, Utah  84047
City, State, Zip

(435)640-1786
Phone

cmudd@muddlawoffices.com
Email

I am  [ ]  Plaintiff/Petitioner's Attorney   [ x ]  Defendant/Respondent's Attorney  (Utah Bar #:  11829  )

In the United States District Court

District of Utah, Central Division

Court Address _____

| | |
|---|---|
| PURPLE INNOVATIONS, LLC, a Delaware limited liability company,_____<br>Plaintiff/Petitioner<br><br>v.<br>HONEST REVIEWS, LLC, a Florida Corporation, RYAN MONAHAN, an individual, and GHOSTBED, INC., a Delaware corporation, _____<br>Defendant/Respondent | **Substitution of Counsel**<br>(Utah Rule of Civil Procedure 74)<br><br>Case No.: 2:17-cv-00138-DB_____<br>Case Number<br><br>Judge Dee Benson<br>Judge<br><br>_____<br>Commissioner (domestic cases) |

1.   I notify the court, counsel and parties that I am replacing Marc J. Randazza, Ronald D. Green, D. Gill Sperlein and W. Andrew McCullough as counsel for

     Defendants Honest Reviews, LLC ("HMR") and Ryan Monahan, Individually.
     (name of client).

2.   I will comply with the existing hearing schedule and deadlines.

| | | | |
|---|---|---|---|
| Date | 10/01/2018 | Signature ▶ | *[signature]* |
| | | Printed name of former counsel | Marc J. Randazza |
| Date | 10/01/2018 | Signature ▶ | *[signature]* |
| | | Printed name of client | Ryan Monahan, Individually and on behalf of HMR |
| Date | 10/01/2018 | Signature ▶ | *[signature]* |
| | | Printed name of new counsel | Charles Mudd |

2:17-cv-00138-DB-DBP

## CERTIFICATE OF SERVICE

I certify that on October 2, 2018 I caused a true and correct copy of the foregoing Substitution of Counsel in the above-captioned matter to be served electronically via CM/ECF, the court's electronic filing system to all parties. I have further caused a copy to be sent via US Mail and electronic mail to Ryan Monahan and Honest Reviews, LLC.

Respectfully submitted by,

/s/Marc J. Randazza

Marc J. Randazza