James E. Magleby (7247)
  magleby@mcgiplaw.com
Christine T. Greenwood (8187)
  greenwood@mcgiplaw.com
Adam Alba (13128)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD, PC**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovation, LLC

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PURPLE INNOVATION, LLC, A** Delaware limited liability company, <br><br> Plaintiff, <br> v. <br><br> **HONEST REVIEWS, LLC**, a Florida Corporation, **RYAN MONAHAN**, an individual, **GHOSTBED, INC.**, a Delaware corporation, **MARC WERNER**, an individual, **ASHLEY WERNER**, an individual, and **SOCIAL MEDIA SHARKS, LLC**, a Florida limited liability company, <br><br> **Defendants.** | ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS GHOSTBED, INC., MARK WERNER, AND ASHLEY WERNER <br><br><br><br><br><br><br><br> Case No.: 2:17-cv-00138-DB <br><br> Honorable Dee Benson |

Based on the stipulated motion filed by Plaintiff Purple Innovation, LLC ("Purple") and Defendants GhostBed, Inc., Marc Werner, and Ashley Werner (collectively, the "GhostBed Defendants") and pursuant to Fed. R. Civ. P. 41(a)(1)(A), and for good cause appearing, IT IS HEREBY ORDERED Purple's claims against the GhostBed Defendants are DISMISSED with prejudice, with each party to bear its own costs and

attorneys' fees. As requested by the parties, the Court shall retain jurisdiction for purposes of enforcing the Stipulated Permanent Injunction entered on January 23, 2019. Dkt. No. 386.

    DATED this 25th day of January, 2019.

                                          **BY THE COURT:**

                                          _/s/ Dee Benson_

                                          Honorable Dee Benson
                                          United States District Court Judge